UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BIASI, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Civil Action No.: 6:15-cv-00454-GTS-ATB : : |
| v. | : : |
| WAL-MART STORES EAST, LP., EARLENE SCHAEFFER, RYAN DUNPHY, and REBECCA PAUKSTELA | : : : : |
| Defendants. | : : |

### DECLARATION OF SAMI ASAAD

I, Sami Asaad, declare as follows:

1. I am duly licensed to practice law in the State of New York, and admitted to practice before the United States District Court for the Northern District of New York.

2. I am an attorney with the law firm of McCarter & English, LLP, counsel to the defendants in this action, and I submit this Declaration in support of defendant Wal-Mart Stores East, LP's Motion of Summary Judgment as to Plaintiff's Second Cause of Action.

3. Attached as Exhibit A is a true and accurate copy of excerpts of Plaintiff Joseph Biasi's deposition transcript

4. Attached as Exhibit B is a true and accurate copy of Exhibit 10 to the Deposition of Joseph Biasi.

5. Attached as Exhibit C is a true and accurate copy of Exhibit 9 to the Deposition of Joseph Biasi.

1

6. Attached as Exhibit D is a true and accurate copy of excerpts of the New York State Department of Labor's 2014 Labor Standards' Field Investigator's Manual.

7. Attached as Exhibit E is a true and accurate copy of the N.Y. STATE DEP'T OF LABOR, GUIDANCE FOR THE NEW YORK STATE HOSPITALITY INDUSTRY ON UNIFORMS (2013).

8. Attached as Exhibit F is a true and accurate copy of Plaintiff's unfiled Third Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2016.

_____
Sami Asaad