UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH BIASI, individually and on behalf of all others similarly situated,

                      Plaintiffs,

-against-

WAL-MART STORES EAST, LP, EARLENE SCHAEFFER, RYAN DUNPHY and REBECCA PAUKSTELA,

                      Defendants,
_____

**CROSS NOTICE OF MOTION**

Case No.: 6:15-cv-0454

    PLEASE TAKE NOTICE THAT, upon the annexed Declaration of Ryan M, Finn, with Exhibits, and the Plaintiff's Memorandum of Law, Plaintiff hereby moves pursuant to FRCP 15 to amend the Complaint and deem the Third Amended Complaint filed and served, together with such further and other relief this Court deems just and proper.

Dated: September 19, 2016

E. STEWART JONES
HACKER MURPHY, LLP

_____
Ryan M. Finn, Esq.
*Attorneys for Plaintiff*
Bar Roll No.: 513670
28 Second Street
Troy, NY 12180
518.783.3843