```
STATE OF NEW YORK
SUPREME COURT                    COUNTY OF MONTGOMERY
------------------------------------------------------
JOSEPH BIASI, individually and on behalf
of all others similarly situated,

               Plaintiffs,

     - against -

WAL-MART STORES, INC., EARLENE
SCHAEFFER, RYAN DUNPHY and REBECCA
PAUKSTELA,

               Defendants.
------------------------------------------------------
```

     EXAMINATION BEFORE TRIAL of one of the

Defendants, RYAN DUNPHY, held on Friday, August 12,

2016 at the offices of E. Stewart Jones Hacker

Murphy, LLP, 28 Second Street, Troy, New York,

commencing at 9:00 a.m; before DOROTHEA MULLEN, a

Shorthand Reporter and Notary Public in and for the

State of New York.


```
APPEARANCES:
E. STEWART JONES HACKER MURPHY, LLP
Attorneys for Plaintiff
28 Second Street
Troy, New York  12180
BY:  RYAN M. FINN, ESQ.

MCCARTER & ENGLISH, LLP
Attorneys for Defendants
CityPlace I
185 Asylum Street
Hartford, Connecticut  06103
BY:  PAMELA J. MOORE, ESQ.
```

STIPULATIONS

          It is hereby stipulated and agreed by and
among the attorneys for the respective parties hereto
that all rights provided by the C.P.L.R., and Part
221 of the Uniform Rules for the Conduct of
Depositions, including the right to object to any
testimony at this examination is reserved; and in
addition, the failure to object to any question or to
move to strike any testimony at this examination
shall not be a bar or waiver to make such motion at,
and is reserved to, the trial of this action.
          This deposition may be sworn to by the
witness being examined before a Notary Public other
than the Notary Public before whom this examination
was begun, but the failure to do so or to return the
original of this deposition to counsel, shall not be
deemed a waiver of the rights provided by Rule 3116
of the C.P.L.R., and shall be controlled thereby.
          The filing of the original of this
deposition is waived.
          It is further stipulated, that a copy of
this examination shall be furnished to the attorney
for the witness being examined without charge.

                    *  *  *  *  *  *  *

(Ryan Dunphy)

1              RYAN DUNPHY,

2        called herein as a witness, having been first

3        duly sworn by the Notary Public, was examined

4        and testified as follows:

5   BY MR. FINN:

6        Q    Good morning, Mr. Dunphy.  My name is Ryan

7   Finn.  I represent the Plaintiff, Joseph Biasi, in

8   an action brought against Wal-Mart and several

9   individuals, yourself included.

10            This morning we will be conducting a

11   deposition.  I know that you had the chance to sit

12   through my client's deposition, so I assume you have

13   some familiarity with the process.

14            Really the most important ground rule is

15   that if you don't understand my question, just let

16   me know so we can have a clear record of my question

17   and your answer.

18            The other ground rule that is also very

19   important is that we don't speak at the same time so

20   the court reporter can get everything down; okay?

21        A    Okay.

22        Q    What is your current job?

23        A    I am a food co-manager for the Glenville

(Ryan  Dunphy)

1    Wal-Mart.

2        Q    How long have you been at the Glenville

3    Wal-Mart?

4        A    Just over one year.

5        Q    Do you know the specific date that you

6    started at the Glenville Wal-Mart?

7        A    It was the second week of July.  I don't

8    know the exact date but I know it was after the 4th

9    of July.

10       Q    Of 2015?

11       A    Yes.

12       Q    For what reason, if any, did you move to

13   the Glenville store?

14       A    I had put in for the position of

15   co-manager when I -- I was currently a store manager

16   in Amsterdam.  I put in for co-manager in Glenville

17   to step back from the store management

18   responsibilities.

19       Q    Was it voluntary on your part?

20       A    Yes.

21       Q    Prior to the Glenville Wal-Mart, where

22   were you located?

23       A    Amsterdam Wal-Mart.

(Ryan Dunphy)

1      Q      How long were you at the Amsterdam

2  Wal-Mart?

3      A      Four years.

4      Q      You mentioned you were the manager of that

5  store?

6      A      Yes.

7      Q      How long were you the manager of the

8  store?

9      A      Four years.

10      Q      What reason did you have to want to go

11  from a manager to a step-down to a co-manager

12  position?

13      A      It would be less hours, less

14  responsibility.  I had just started a family.  It

15  was becoming a little too much, working too many

16  days, so, I figured I would step back, get things

17  better and then maybe go up again.  Who knows?

18      Q      When did you first put in an application

19  or express interest in stepping down to a co-manager

20  position?

21      A      That first one that I got, so, it would

22  have been June.  Then I went there in July.

23      Q      It took about a month?

(Ryan Dunphy)

1        A     Yes.

2        Q     Prior to the Amsterdam Wal-Mart did you

3    work at any other Wal-Marts?

4        A     Yes.

5        Q     Where did you work?

6        A     I worked at the East Greenbush Wal-Mart

7    just before that for approximately fourteen or

8    fifteen months as a co-manager.

9        Q     So, if I have my time line right, some

10   time in 2010?

11       A     Yes.  I was promoted in, I believe,

12   October of 2010 from Troy to East Greenbush and then

13   in East Greenbush I went to Amsterdam in June of

14   2011.

15       Q     You mentioned that you were at the Troy

16   Wal-Mart before East Greenbush?

17       A     Yes.  I was an assistant manager at the

18   Troy Wal-Mart from 2007 to 2009.  I'm sorry.  I

19   started in East Greenbush in 2009, October 2009.

20       Q     Prior to the Troy Wal-Mart did you work in

21   any other Wal-Marts?

22       A     Yes, I did.

23       Q     Where did you work?

(Ryan Dunphy)

1         A     Before that, I was in the Saratoga

2    Wal-Mart from -- I started -- that's where I started

3    in 2002, and then I was promoted to assistant in

4    Troy in 2007.

5         Q     For the events that are most relevant to

6    this complaint you were in the Amsterdam Wal-Mart

7    store; correct?

8         A     Correct.

9         Q     What was the position of manager?  Could

10   you describe your job duties?

11        A     General manager -- I oversaw everything

12   that went on in the building, so, everything was my

13   duty.  I just basically gave the direction for the

14   day, the generic direction out to my managers, and

15   then they would formulate a plan and get my notes

16   done and report back to me.

17        Q     When you say you would send out a plan,

18   would that have been in writing usually?

19        A     Normally, it's touring.  We would walk

20   every morning, afternoon and evening.  We would walk

21   the store a lot, and as we saw things,

22   merchandising, those things, I would give them notes

23   and they would complete them.

(Ryan Dunphy)

1      Q    In your position as general manager, did

2  there come a time when you learned about a complaint

3  made by Joseph Biasi?

4      A    Yes.

5           MS. MOORE:  Objection.

6  BY MR. FINN:

7      Q    When was that, the first time you remember

8  hearing about it?

9      A    Can you tell me which complaint?

10     Q    Sure.  That's a good point.

11          Specifically, an allegation of sexual

12  harassment made against Earlene Schaeffer.

13     A    So, you want to know the first time I

14  heard of his --

15     Q    Well, yeah --

16     A    The first time he approached me?

17     Q    Some of the documentation from the record

18  indicates that he spoke to a William Caswell.  Are

19  you aware of that?

20     A    Yes, I am aware of that documentation.

21     Q    So, somewhere in December, specifically, I

22  believe, December 2, 2014 he spoke to Mr. Caswell?

23          MS. MOORE:  Objection.

(Ryan Dunphy)

1  BY MR. FINN:

2       Q    Is that consistent with your recollection?

3       A    I'm not a hundred percent sure, but I know

4  that I reviewed it and I saw that he had spoke to

5  him.  I don't know the exact date.

6       Q    Okay.  That's fine.

7            With regard to when you first learned

8  about the complaint, do you have any recollection as

9  to how long before that time period that the

10 complaint had been made?  Had it been a few days, a

11 few hours, a few weeks, if you know?

12      A    So, how long it took me to know that he

13 made the complaint to William or --

14      Q    Correct.

15      A    I don't know the time frame there.  I'm

16 not one hundred percent sure on that.  But it would

17 have been shortly after if I do recall.  He went

18 to -- because William was his hourly supervisor, he

19 went to him.  Then it went to the salary manager who

20 then turned it into our ethics hotline, and that's

21 when I became aware of it.

22      Q    You mentioned the salary manager.  Who

23 would that be?

(Ryan Dunphy)

1      A     That was, I believe, Rebecca Paukstela.

2            (Plaintiff's Exhibit A was marked for

3      identification.)

4      BY MR. FINN:

5      Q     I'll show you what has been marked as

6      Plaintiff's Exhibit A.  I won't ask you to read the

7      entire document at this point.  There will be

8      questions along the way where I will direct your

9      attention to certain matters.  But generically, is

10     it fair to say that this is some type of software

11     management system that Wal-Mart has in place that

12     results in a report similar to what you have in

13     front of you?

14     A     Yes, this is a re-cap from the Ethics

15     Hotline that we use.

16     Q     So, you had mentioned that Rebecca

17     Paukstela had reported it to the Ethics Hotline.

18     This seems to be some type of case details along

19     with some summary of information and some backup

20     documentation; is that fair?

21     A     Yes, it is.

22     Q     Just looking at, I guess, the first page,

23     your name appears about two-thirds of the way down,

(Ryan Dunphy)

1    "Ryan Dunphy" --

2         A    Yup.

3         Q    -- as a store manager?

4         A    Correct.

5         Q    There's a Shay Cook that's referenced

6    right below your name?

7         A    Yup.

8         Q    Who is Shay Cook?

9         A    She was an assistant manager in the store

10   when I first got there in 2011, and she was there --

11   I'm not sure how long.  I know she's not still there

12   now, but she was there for probably two years while

13   I was there maybe?  Roughly.

14        Q    Do you recall what involvement Shay Cook

15   had in the investigation of Mr. Biasi's complaint?

16        A    I didn't even think she was there during

17   this, so, no, I don't know of anything that she

18   would have been involved in.

19        Q    How about Amanda Grimm?

20        A    Amanda Grimm was an assistant for --

21   again, she was there when I first got there in 2011,

22   and she was there for approximately three of the

23   four years.

(Ryan Dunphy)

1      Q     If we move to Page 339, this seems to be

2   specifically involving the ethics investigation.

3   There's a number, 14-12-2341.  Do you see that?

4      A     Yes, I do.

5      Q     And you're copied on an email it looks

6   like at the outset of this document on Page 339, and

7   there seems to be some attachments, manager notes,

8   individual statement, investigation re-cap and case

9   details.  Do you see that?

10     A     Yes.

11     Q     Do you remember seeing this email on or

12  about December 16, 2014?

13     A     I don't remember it specifically but

14  obviously, I got it.

15     Q     It appears actually that perhaps when we

16  stapled this together, Page 333 to 338 seems to be

17  actually involving a prior incident; correct?  It's

18  got a different case number?

19     A     Yes.

20     Q     You had mentioned before that Shay Cook

21  you didn't think was involved in the sexual

22  harassment investigation.

23     A     Yeah, I didn't think she was still in the

(Ryan Dunphy)

 1    building.

 2        Q    And perhaps, I think I had directed your

 3    attention to the wrong case detail report, so I'm

 4    just trying to clean that up and make sure we're on

 5    the same page.

 6        A    All right.

 7        Q    It appears that starting at Page 339 is

 8    really the information dealing with the sexual

 9    harassment complaint.

10        A    Okay.

11        Q    And it appears that using that same 2341

12    as the kind of the last four digits of the Wal-Mart

13    incident number, it looks like if we move to Page

14    359, that maybe this is the appropriate case detail

15    write-up for the incident involving the allegation

16    of sexual harassment.  Is that accurate?

17        A    It appears to be accurate.  The case

18    numbers do match.

19        Q    So, in looking at the parties involved on

20    Page 359, we have Rebecca Paukstela, which you

21    mentioned was a co-manager who took the initial

22    complaint, and Mr. Caswell; is that correct?

23        A    From Mr. Caswell or Mr. -- yes, she took

(Ryan Dunphy)

 1   the -- she turned the complaint into the Ethics

 2   Hotline.

 3         Q    Do you know how she found out about it?

 4         A    I'm not a hundred percent sure on that,

 5   no.  I don't know if she got it from William or from

 6   Joe himself.  I don't know how she got it.

 7         Q    And then there's Earlene J. Schaeffer.

 8   She was the subject of the complaint; correct?

 9         A    Correct.

10         Q    And then Michael White and Joseph Biasi

11   are listed on this page as well?

12         A    Correct.

13         Q    Is it your understanding that Michael

14   White was some type of witness to some of the

15   information involved in this complaint as well?

16         A    I believe he was named by Joseph Biasi.

17   Therefore, he needed to be interviewed as well.

18         Q    So, with regard to this case detail, I

19   don't see Ryan Dunphy actually listed as one of the

20   parties involved in the investigation; is that fair

21   and accurate?

22         A    It is fair.  I do not see my name on here.

23         Q    As far as your recollection of how the

(Ryan Dunphy)

```
 1    investigation was performed, would you agree that

 2    you really were not involved in the investigation?

 3         A    Agreed.

 4         Q    It looks like Rebecca Paukstela was given

 5    the title "authorized assignment"?

 6         A    Yes, she was the authorized investigating

 7    manager.

 8         Q    And next to the job title it says, "SHM."

 9    What does that stand for?

10         A    That was "shift manager" I would assume

11    because their titles -- co-managers had a title

12    change to shift manager and then it went back to

13    co-manager, so, it's possible that that is just an

14    old title.

15         Q    What was your understanding of how the

16    investigation, I guess, progressed from getting

17    reported to the Ethics Hotline to Rebecca Paukstela

18    investigating to there being some type of

19    conclusion?

20         A    I believe it was completed per guidelines.

21         Q    As the manager of the store you had

22    mentioned early on that you kind of oversaw

23    everything that went on in the building.  I believe
```

(Ryan Dunphy)

1   that's what you said.

2       A    Yes.

3       Q    Were you overseeing this investigation on

4   any level?

5       A    I delegated it out and just followed up on

6   the fact that it was completed and completed to the

7   specific requirements laid out, which was due date

8   of January 12, and then if there was any problems,

9   then I would step in.

10      Q    Do you know what the specific conclusion

11  of the investigation was?

12      A    Not founded.

13      Q    And do you know why it was not founded?

14      A    I'm not a hundred percent sure, but I

15  believe because they felt that the two statements

16  did not match or coincide with each other in some

17  way.

18      Q    I'll draw your attention to Page 361.

19           Who is Tiffany Alvoid?

20      A    I do not know, so I would -- not that I

21  should assume, but it would probably be somebody who

22  works for the Ethics Hotline.

23      Q    It looks like she had an entry in here.

(Ryan Dunphy)

1    It says she "spoke with SHM Rebecca Paukstela about

2    this case.  She stated that Joe was not a credible

3    witness.  She also stated that Mike and Joe added

4    more to their statements, December 2nd statement, on

5    December 22.  When she asked them about why the

6    story had changed, both offered no explanation."

7              Does that refresh your recollection as to

8    why Rebecca Paukstela may have concluded that the

9    claim was unfounded?

10             MS. MOORE:  Objection.

11             You can answer.

12       A    It's just the same that -- I mean, it

13   still does not give me clarity on what they're

14   saying here but it says that he's not credible.  I

15   don't know.

16   BY MR. FINN:

17       Q    You were here for Joseph Biasi's

18   deposition; right?

19       A    Yes, I was.

20       Q    Do you remember him stating that he filled

21   out a written complaint as directed by management at

22   Wal-Mart?

23             MS. MOORE:  Objection.

(Ryan Dunphy)

1      A    I believe he said that he filled out a

2   statement which would be the statement requested by

3   the ethics investigation at that point.

4   BY MR. FINN:

5      Q    Are you aware that Mr. Biasi and Mr. White

6   both complained about Earlene Schaeffer

7   simultaneously on December 2, 2014?

8      A    No.

9      Q    What is your understanding as to the

10  timing of when they each reported the alleged

11  harassment?

12     A    My understanding was that Michael was

13  interviewed as a witness.  I did not know if he was

14  a complainant.

15     Q    If you look to Page 341, there's an

16  initial report information.

17     A    Okay.

18     Q    And this indicates that it was reported on

19  12/2/2014; correct?

20     A    This report was done on 12/2/2014, yes.

21     Q    And it said, "Reported to Will Caswell,

22  back room zone manager"?

23     A    Yes.

(Ryan Dunphy)

1      Q    I assume since this is the initial report

2   information, this is the first documentation in the

3   system of a complaint being made?

4      A    Yes.  This would be the form that Rebecca

5   would have filled out after placing the call to the

6   Ethics Hotline.

7      Q    In the document initial allegation, in

8   that box, isn't it fair to say that Joseph reports

9   that Earlene said, "He just likes to play with

10  himself," and Michael White stated that Earlene

11  stated, "Could she have my nuts"?

12         MS. MOORE:  Objection.

13     A    It is written in here that Joseph states

14  the playing with himself comment and Michael states

15  the could she have my nuts comment.

16  BY MR. FINN:

17     Q    And this is the initial report; correct?

18     A    Correct.

19     Q    And with regard to Michael White's

20  statement or the way it's written up here, it says

21  that Michael states on December 2, 2014 when himself

22  and Joseph were down stacking the remix truck,

23  Supervisor Earlene stated, quote, "Could she have my

(Ryan Dunphy)

1   nuts," end quote; Correct?

2       A     That is what is written in the box, yes.

3       Q     So, right at the first initial report as

4   it was taken by Earlene Schaeffer, she reported that

5   Joseph Biasi was there for both alleged incidents of

6   harassment; isn't that correct?

7           MS. MOORE:  Objection.

8       A     The way you stated that was incorrect.

9   Earlene Schaeffer didn't take a report.

10  BY MR. FINN:

11      Q     I'm sorry.  All right.

12          Who put this information into the Ethics

13  Hotline?

14      A     Rebecca Paukstela.

15      Q     Rebecca Paukstela -- when she reported

16  this information, she reported that Joseph Biasi was

17  there both for the incident that pertained to the

18  statement, "He just likes to play with himself"

19  aimed at himself, as well as the incident involving

20  Michael White in which Earlene Schaeffer was alleged

21  to have said, "Could she have my nuts;" isn't that

22  correct?

23          MS. MOORE:  Objection.

(Ryan Dunphy)

1     A     Rebecca has -- she wrote down the

2  statements in here that Joseph states on December 2

3  that he is alleging E.J. Schaeffer of making that

4  comment of playing with himself and that Michael

5  states on December 2 that while down stocking with

6  Joseph, the comment of "Could she have my nuts" was

7  made.

8     Q     But it says, "Document initial allegation"

9  right next to that box; right?

10     A     Yes, it does.

11     Q     So, that's what the initial allegation

12  was.

13          If we move to the next page, the

14  investigation, under Number 3, the two comments are

15  listed as 1 and 2 at the top of Page 342; correct?

16     A     Correct.

17     Q     The findings are for the first one, "He

18  just likes to play with himself," "After a total

19  recap, I find that the two statements are similar

20  but do not match, and also, Michael doesn't mention

21  this in his original statement.  Not substantiated."

22          Do you see that?

23     A     Yes, I do.

(Ryan Dunphy)

1        Q     Do you know why if the initial report to

2    Rebecca included both incidents, why she felt like

3    their stories changed?

4        A     I don't know what she was feeling, but I

5    do believe there was no supporting document, no

6    supporting statement from Michael White, which is

7    what was requested as he was an individual involved

8    in the initial statement of the initial allegation

9    from Joseph Biasi on E.J.  For the first statement

10   he did not provide a witness statement that was

11   substantiated.

12       Q     Do you know whether anyone asked Michael

13   White whether he witnessed that incident?

14       A     He was interviewed.  Well, he's listed as

15   an interviewee, so -- "Date interviewed, 12/23."

16       Q     The initial statement that she has a

17   problem with is the statement written on 12/2;

18   correct?

19       A     The statement that was called in was the

20   Joseph Biasi allegation because Joseph Biasi made

21   the allegation of Earlene Schaeffer making the

22   comment of "He likes to play with himself."

23       Q     But when it talks about the reason why --

(Ryan Dunphy)

1   one of the reasons why they believe it's not

2   substantiated, it says, "Michael didn't mention this

3   in his original statement," as far as the allegation

4   about playing with himself; correct?

5        A    That is what it states, yes.

6        Q    Do you know who took the original

7   statement from Michael White?

8        A    The statement for this document would have

9   been Rebecca Paukstela.

10        Q    Do you know whether Rebecca Paukstela gave

11   Mr. White any direction as to what he should or

12   should not write in the statement of fact when he

13   wrote up his report on 12/2/14?

14        A    She is not supposed to do that, so she

15   would not have done that.

16        Q    Did you understand from Mr. Biasi's

17   testimony that it was his understanding that he was

18   only to write up things that pertained directly to

19   him?

20        A    What was that again about his testimony?

21        Q    When Mr. Biasi testified, I believe his

22   testimony, in sum and substance, was that the reason

23   why he left out the incident dealing with Michael

(Ryan  Dunphy)

 1    White in his statement was that he was directed to

 2    write up only what happened to him and that Michael

 3    White would be writing up the incident as alleged

 4    happened to Michael White.  Do you recall that

 5    testimony?

 6         A    I don't recall that testimony.

 7         Q    Do you know whether or not the

 8    conversations that Rebecca Paukstela had with

 9    Michael White and Joseph Biasi on this date,

10    December 2, 2014, explored any other topics like

11    whether Michael White had witnessed Joseph Biasi's

12    incident or whether Joseph Biasi had witnessed

13    Michael White's incident?

14         A    That I don't know.  I don't know about the

15    conversation there.  I wasn't there.

16         Q    Would it be typical in the investigation

17    process of a sexual harassment complaint for the

18    interviewer to keep notes of what was said?

19         A    Yes.

20         Q    Do you know whether Rebecca Paukstela has

21    produced any notes from her conversations with

22    Joseph Biasi and Michael White on December 2, 2014?

23         A    I'm not sure.  It would be in here.

(Ryan  Dunphy)

1        Q    If you were to read those comments or

2   notes, would that be something you're just reading

3   on a piece of paper or is that something that you

4   remember discussing with Rebecca Paukstela at the

5   time?

6        A    Verbiage.  What am I reading?

7        Q    Well, rather than have you go through and

8   perhaps find something and just read something for

9   the first time that Rebecca Paukstela may have

10  documented, I'm asking you as you sit here today, do

11  you have any independent recollection of whether or

12  not Rebecca Paukstela actually took notes or whether

13  Rebecca Paukstela actually had a conversation with

14  Michael White or Joseph Biasi on December 2, 2014

15  other than what is reflected?

16       A    I have no facts other than what is

17  reflected in the report.

18       Q    Were you asked to review the findings of

19  the sexual harassment complaint?

20       A    I was asked to have the closing

21  conversation.  So, after the report was closed out,

22  the report was then reopened because Joseph Biasi

23  claimed that he was never given the conclusion of

(Ryan Dunphy)

1   the report, so, there was a documented closure

2   conversation from Rebecca.  He claims that did

3   not -- the conversation did not happen.  So then, I

4   had that conversation with him, reclosed the report.

5        Q    When did you have the conversation to

6   reclose the report, do you know?

7        A    I don't know, but I do know it's in here.

8        Q    I'll try to find that.  Maybe it's not in

9   here.

10            Your understanding is there was a second

11   investigation essentially after Joseph raised

12   concerns about not knowing the conclusion of the

13   investigation; is that fair?

14        A    Not an investigation.  I was just asked to

15   have the closing conversation with him.  So, they

16   cannot close out the investigation without the

17   closure conversation, so they re-opened it because

18   he claimed that closure conversation did not happen.

19   So, they re-opened it and assigned it to me.  I had

20   the closure conversation with him and closed the

21   case back up.

22        Q    And as you sit here today, you don't have

23   any recollection as to when that conversation took

(Ryan Dunphy)

1    place?

2        A    I would just be guessing on the date, but

3    it was after this.

4        Q    So, according to that documentation when

5    was the case closed out?

6            I can draw your attention to Page 359 if

7    you think it would help.

8        A    Oh, thank you.

9            The case was closed on January 2, 2015.

10           (Plaintiff's Exhibit B was marked for

11   identification.)

12   BY MR. FINN:

13       Q    I'll show you what has been marked as

14   Exhibit B.

15           In the issue summary on the first page,

16   366, it says, "Joseph has concerns regarding a

17   previous investigation and alleges Rebecca's

18   relationship with E.J. affected the outcome of the

19   previous investigation."

20           Do you see that?

21       A    I do see that.

22       Q    Does this refresh your recollection as to

23   when you may have gotten involved with the closing

(Ryan Dunphy)

1  process of this claim?

2      A    I'm sure I got involved at the conclusion

3  of the first -- or when they reopened this one.

4      Q    And when was that?

5      A    Whenever this was emailed to me.

6      Q    Well, if we look at the case opened date

7  under the specific investigation, it indicates

8  February 2, 2015; correct?

9      A    Correct.

10     Q    All right.  So, is that a good estimate as

11  to when you may have gotten involved?

12     A    Yeah, I would have gotten involved right

13  after they emailed the case to me.  It would have

14  been opened just as soon as he made the call, and

15  then I would have been involved as soon as this was

16  sent to me.

17     Q    Were you provided a copy of the relevant

18  emails that are contained, for example, at Page 371?

19     A    I believe so.

20     Q    375?

21     A    These were probably emails to me.  I'm

22  sure I'm on one of the forwards.

23     Q    Were you concerned at this point about Joe

(Ryan  Dunphy)

1    Biasi's  concerns  involving  his  alleging  he  was  not

2    advised  of  the  status  of  the  investigation?

3        A    I  take  all  accusations  like  this

4    seriously,  so,  as  I  got  this,  I  believe  I  spoke  to

5    him  after  this.

6        Q    At  this  point  you  had  not  spoken  to  Joe

7    Biasi  about  the  closing  of  his  complaint;  right?

8        A    The  date  of  this  is  February  10?

9        Q    Yes.

10       A    I'm  not  sure  on  the  time  line,  but  I  don't

11   believe  I  had  spoke  to  him  before  this.

12       Q    Were  you  upset  with  Joseph  Biasi  because

13   he  went  to  corporate  Ethics  Hotline  as  opposed  to

14   dealing  with  this  with  you  in  the  store?

15       A    No.    "Upset"  is  not  the  right  term.

16       Q    What  is  the  right  term?

17       A    Just  concerned  that  he  wouldn't  feel

18   comfortable  coming  to  me,  but  absolutely  not  upset.

19       Q    At  this  point  in  time  did  you  learn  when

20   you  got  involved,  that  Rebecca  Paukstela  alleged  to

21   have  a  conversation  with  Joseph  Biasi  advising  him

22   of  the  closing  of  his  complaint?

23       A    What  was  that  again?

(Ryan Dunphy)

1      Q      When you got involved, did you find out

2    that Rebecca Paukstela had alleged that she had a

3    conversation with Joseph Biasi advising him of the

4    closing of his complaint?

5      A      I had -- my notice of when she had that

6    was in this paperwork, that she closed it out.  She

7    has a document that she had a closing conversation

8    on -- I don't remember what the date was.

9      Q      So, you would have known about that at the

10   time that she entered it into the case management

11   system?

12     A      As soon as she entered that in and it

13   closed out, I would know -- I would be notified that

14   the case has been closed and I would have access to

15   that document that she had the closing conversation.

16     Q      You would have had access to it.  Do you

17   have any recollection of you actually reviewing it

18   at that time?

19     A      In detail, no, but I do remember it being

20   closed out.

21     Q      So, when this new complaint goes to Ethics

22   involving Joseph's concerns that the prior

23   investigation results had not been shared with him,

(Ryan Dunphy)

1   what was your next step in the process, if any?

2       A   My next step would be to set up a time to

3   have that closing conversation with Joseph.

4       Q   Did you have a conversation with Rebecca

5   Paukstela about whether or not she, in fact, had the

6   closing conversation previously?

7       A   I would have, yes.  I don't remember any

8   details of it but I definitely would have asked her,

9   and if she said, "Yes," which she would have, it

10  would be over, and if she had given me a different

11  answer, then I would have opened up a new

12  investigation on Rebecca if she had lied on this

13  document, but it was not my feeling that she did.

14      Q   In looking at Exhibit B, can you identify

15  when it is that you had the closing conversation

16  with Joseph Biasi?

17      A   Is there a page I should go to?

18      Q   Frankly, I don't see any documentation of

19  when you allegedly had that conversation so that's

20  why I'm asking you.

21      A   There is.

22          MS. MOORE:  There -- yeah, we've turned it

23      over but I don't think it's in this document.

(Ryan Dunphy)

1      A    It's not in here but there is another case

2  closure detail sheet that has in it my closing

3  conversation, and I don't remember the exact date.

4  BY MR. FINN:

5      Q    In the first page of this document,

6  Exhibit B, it says, "parties involved," and it

7  involves Rebecca Paukstela, Mike White, Joseph

8  Biasi, Earlene Schaeffer, Sheila Borst.  Is there a

9  reason why you're not listed in the parties involved

10 section?

11     A    If he -- if Joseph makes the complaint and

12 he doesn't cite me, then I would not be involved.

13     Q    So, when you get involved to have that

14 closing conversation, do you have any duties as a

15 manager to go into the electronic software system or

16 to input information or provide that information to

17 anyone so that it accurately gets reflected in the

18 case details?

19     A    I don't know what you mean electronic

20 software.

21     Q    Well, this document before us, Exhibit B,

22 is the case details --

23     A    Correct.

(Ryan Dunphy)

1    Q    -- that is kept in the Wal-Mart software

2  system.

3    A    We don't have access to this, no.

4    Q    Okay.  Previously --

5    A    We only submit -- sorry.

6    Q    That's all right.

7    A    We only submit what is requested of us.

8  So, we'll get a blank document that says, "Please

9  fill this out," witness statement documents.  We

10  fill them out, fax them to the appropriate case

11  handler and they take it from there.

12    Q    Previously, you had mentioned that at the

13  conclusion of the investigation into Earlene that

14  you would have had access to it.  Do you remember

15  testifying --

16    A    To the statements.  I would have access to

17  anything we've done at store level.  Once it leaves

18  store level with the details in this, I do not have

19  access to it.

20    Q    I misunderstood your testimony.  Thank you

21  for clarifying that.

22        Would it be typical of Wal-Mart that if

23  you sent documentation to Ethics about the closing

(Ryan Dunphy)

1    of a complaint, that it would be incorporated into

2    the case details?

3        A    If -- so, you're asking if I sent in the

4    closing conversation document, would it be in the

5    case details?

6        Q    Yes.

7        A    They couldn't close it without it, so,

8    yes.

9            (Plaintiff's Exhibit C was marked for

10   identification.)

11   BY MR. FINN:

12       Q    Before I move to Exhibit C, can we move to

13   Page 385?

14           MS. MOORE:  Is that Exhibit B or A?

15           MR. FINN:  On B.

16   BY MR. FINN:

17       Q    Actually, if we look at Page 383 to 385

18   and onto 386, it appears to be a string of emails

19   that had started with a February 10, 2015 email from

20   Joseph Biasi.  Do you see that?

21       A    It starts on 383?

22       Q    It starts on 383 but because of it being

23   in kind of reverse chronological order, the first

(Ryan Dunphy)

 1   email in the string is actually on 385 into 386.

 2        A    Uh-huh.

 3        Q    Do you see that February 10th email from

 4   Joseph Biasi?

 5        A    I do.

 6        Q    It says in the first line, "Good

 7   afternoon.  It has been almost two weeks since my

 8   first and last email that I sent you regarding Four

 9   to One Supervisor Earlene, E.J. and the two counts

10   of sexual harassment against her by myself and Mike

11   White.  I have heard nothing from you in response

12   and her attitude is getting worse.  She gets

13   sarcastic and verbally brash for no reason."

14             Do you see that?

15        A    I see it.

16        Q    Were you advised of this February 10th

17   email from Joseph Biasi?

18        A    I don't remember.  I believe so, but I

19   don't know when I was brought aware of this.  I

20   couldn't give you a time line on it, but I have seen

21   this before.

22        Q    Did you interpret what Mr. Biasi was

23   saying as that he was complaining of retaliation by

(Ryan Dunphy)

```
 1   Earlene?

 2           MS. MOORE:  Objection.

 3       A    He does not mention retaliation in here.

 4   BY MR. FINN:

 5       Q    He says that after his complaint, that

 6   "her attitude is getting worse.  She gets sarcastic

 7   and verbally brash for no reason."  Would you

 8   interpret that as a concern over retaliation?

 9       A    It just says, "her attitude is getting

10   worse."  I do not interpret this as retaliation.  I

11   interpret this as his -- just his feeling on that, I

12   suppose.

13       Q    His feeling that after the complaint was

14   made, that she was getting sarcastic and verbally

15   brash for no reason?

16       A    That he's following up that that's how she

17   was acting to begin with and it's just continuing is

18   what he's saying.  That's how I'm interpreting it.

19   I'm not seeing retaliation in it.

20       Q    Oh, I don't think he used the word,

21   retaliation.  I think that's fair.  I'm asking you

22   as a manager, if you receive a complaint that after

23   a sexual harassment complaint is made, a
```

(Ryan Dunphy)

1  supervisor's attitude is getting worse, she gets

2  sarcastic and verbally brash for no reason, whether

3  you would interpret that as a concern involving

4  retaliation.

5      A    I would not.  Given the history, I would

6  not.

7      Q    What do you mean by "given the history"?

8      A    He -- Joe Biasi -- this would not be his

9  first complaint that a supervisor would be mean to

10  him or whatever in his words.  He has had a problem

11  with supervisors with almost every single one of his

12  supervisors, so, in one form or another he has made

13  several complaints.

14      Q    Did you see him as a complainer?

15      A    I saw him as an associate that would -- if

16  he was not comfortable or happy with the workload,

17  that he would definitely come to me and express his

18  concern.

19      Q    Did you think he was like a whiner?

20      A    I wouldn't label my associates like that,

21  no.

22      Q    Did you have a problem with him coming to

23  you with concerns?

(Ryan Dunphy)

1      A      Absolutely not.

2      Q      Do you have an open door policy at

3   Wal-Mart?

4      A      Absolutely.

5      Q      Using this February 10 date, is it fair to

6   say that you had not had your conversation with

7   Joseph Biasi at this point?

8      A      I don't know for sure, but I would --

9   given this, I would think it came after this.

10     Q      It looks like in the back and forth

11   between Linda Burke and Stephanie Currao that

12   Stephanie Currao was advised to -- advised Mr. Biasi

13   of the closing of the complaint; is that fair?

14     A      Where would it say that?  The time line is

15   just kind of confusing.  Trying to read this in

16   reverse is kind of --

17   BY MR. FINN:

18     Q      Gotcha.

19            Well, it looks like Mr. Biasi, as from the

20   time line, writes on February 10, 2015 at

21   1:36 p.m.; correct?

22     A      Yes, there's an email from Joseph to

23   Global Ethics on that date at that time.

(Ryan Dunphy)

1     Q    And it looks like on February 11 Linda

2   forwards the concern in the email to Stephanie

3   Currao; correct?

4     A    Yes.

5     Q    And on March 25, 2015 at 9:53 a.m.

6   Stephanie states, "Hi, Linda.  I did follow up with

7   Joe via email and attempted to call the number I had

8   on file.  Unfortunately, I have not received any

9   response from him after multiple attempts.  This

10   follow-up was sent the day before he was terminated

11   for gross misconduct.  Therefore, I was attempting

12   to reach him at home.  Since I've had no further

13   follow-up with him regarding this, I'm not sure

14   where to go next."

15         Do you see that?

16     A    I see that.

17     Q    And it looks like then on March 25, 2015

18   at 8:25 p.m. there's some back and forth about what

19   took Stephanie so long to get back to Linda, and

20   then she says, "There's no need to apologize.  If

21   you're delayed, just shoot me an email.  That way I

22   won't be bugging you.  I suggest that you email Joe

23   that you have completed the investigation and it has

(Ryan Dunphy)

 1   been handled appropriately."

 2           Do you see that?

 3       A    Which page is it?

 4       Q    383.

 5       A    Okay.  I see it.

 6       Q    And then if we look toward Page 387, it

 7   appears to be an email from Stephanie Currao to

 8   Joseph Biasi advising him that, "All appropriate

 9   follow-up has occurred and the investigation is now

10   closed."

11           Do you see that?

12       A    I do see that.

13       Q    Do you know what Stephanie Currao meant by

14   "All appropriate follow-up has occurred and the

15   investigation is now closed"?

16       A    I would assume that all required documents

17   had been sent into the Global Ethics and they felt

18   that it was enough to close it.

19       Q    Do you know what follow-up, if any,

20   Stephanie had with any of the managers involved?

21       A    I would not know any of that.

22       Q    Do you know whether Earlene Schaeffer

23   received any kind of discipline as a result of the

(Ryan Dunphy)

1    allegations?

2         A    To my knowledge she did not, but I'm not a

3    hundred percent sure.

4         Q    In this email to Joseph Biasi it doesn't

5    advise him that the complaint was unsubstantiated;

6    isn't that true?

7         A    It just says that it's closed.

8         Q    And that appropriate follow-up of this

9    occurred?

10        A    Correct.

11        Q    Do you know if Joseph Biasi was ever told

12   that his complaint was unsubstantiated?

13        A    I don't know.  I'm not a hundred percent

14   sure exactly if he was told or what the details of

15   that conversation would be.

16        Q    If you look at Exhibit C now, what is

17   Exhibit C?

18        A    This is an exit interview.

19        Q    For Joseph Biasi?

20        A    Yes.

21        Q    Do you recall being involved with regard

22   to the termination of Joseph Biasi?

23        A    I was not involved in this part of it, no.

(Ryan Dunphy)

1       Q     In the exit interview?

2       A     I was not involved in the exit interview.

3       Q     At what level did you get involved in the

4    termination of Joseph Biasi?

5       A     I knew that there was an investigation to

6    an environmental compliance infraction and that the

7    punishment could be up to and including termination.

8       Q     Who advised you of that?

9       A     My asset protection manager, Gwen.

10      Q     Do you know how the information was

11   reported to Gwen?

12      A     For the infraction?

13      Q     Yes.

14      A     A bar code was turned into claims of a

15   item that had been disposed of.  When the claims

16   clerk scanned that item, it came up as a hazardous

17   waste item, but the item itself was not there.  So,

18   we could not process it because any environmental

19   compliance items must be processed through the

20   hazardous waste station.  The item not being there

21   was a problem, so the claims clerk then turned that

22   information into our asset protection manager, who

23   also covers compliance.  She then did an

(Ryan Dunphy)

1    investigation to find out what happened to the item,

2    and during that investigation we saw that Joseph

3    Biasi had taken the item and threw it down the

4    compacter.

5          Q    When you say "we saw it," was it on video?

6          A    It's on video.

7          Q    Do you have a copy of the video still?

8          A    I don't.

9          Q    Do you know whether it has been

10   produced --

11         A    I don't know.

12         Q    -- to your attorneys?

13              When is the last time you viewed the

14   video?

15         A    I don't remember reviewing the video.

16         Q    You don't remember ever seeing it

17   yourself?

18         A    No.

19         Q    So, when you say that there's a video of

20   him sending it down the compacter, who told you

21   that?

22         A    Gwen.

23         Q    After this was reported to you, what as a

(Ryan  Dunphy)

1    manager was your involvement in the investigation or

2    the decision to terminate Joseph Biasi?

3        A    I advised my asset protection manager to

4    make sure she got all of the facts, and then once

5    she got all the facts together, we determined that

6    the violation of the environmental compliance

7    justified termination, so the managers then

8    terminated Joseph.

9        Q    When you say "we decided," who is the

10   collective "we" in this?

11       A    Myself, Gwen and Rebecca.

12           (Plaintiff's Exhibit D was marked for

13   identification.)

14   BY MR. FINN:

15       Q    I'll show you what has been marked as

16   Exhibit D.  It states it's a Coaching for

17   Improvement policy.

18       A    Okay.

19       Q    Are you familiar with this policy?

20       A    Yes, I know of it.

21       Q    Are you familiar with Wal-Mart's policy to

22   have a first written coaching, a second written

23   coaching, a third written coaching as far as

(Ryan Dunphy)

1   progressive discipline or coaching?

2        A    What do you mean by policy?

3        Q    Well, this is the coaching for improvement

4   policy; correct?

5        A    Yes.

6        Q    And is this a policy that you followed in

7   the Amsterdam store?

8        A    We followed the environmental compliance

9   policy which includes progressive levels of

10  coaching, so, the steps would not need to be

11  followed when a environmental compliance infraction

12  occurs.

13       Q    So, this coaching for improvement policy

14  does not apply to Joseph Biasi's termination?

15       A    His -- the environmental policy trumps

16  this.  It says in it that it will -- I mean, if we

17  read into this, there is infractions that can result

18  in progressive coachings or otherwise known as

19  "skipping steps."

20       Q    So, if we move, for example, to Page 855,

21  it talks about termination?

22       A    (The Witness complies.)

23       Q    It says, "If you receive a level of

(Ryan Dunphy)

1  coaching in your job performance where conduct

2  remains unacceptable, we may terminate your

3  employment."

4         Do you see that?

5    A    Where is it?

6    Q    It's right under "termination."

7    A    Okay.  Yup, I see it.

8    Q    Do you know whether Joseph Biasi had ever

9  received any level of coaching related to hazardous

10 waste disposal?

11   A    I do not know off the top of my head.

12   Q    Do you have any reason to believe that he

13 had?

14   A    He had multiple coachings.  I'm not sure

15 what they were for, but he had several, several

16 coachings.

17   Q    At the time you decided to terminate him,

18 did you have an understanding that he had a coaching

19 that related to hazardous materials that had gone

20 uncorrected and remained unacceptable?

21   A    I was not aware of any coachings that he

22 had specifically to that, no.

23   Q    It states, "Additionally, if your

(Ryan Dunphy)

1  unacceptable conduct is found to be serious, this

2  may result in your immediate termination."

3          Do you see that?

4      A   Yes.

5      Q   Then it gives some examples of misconduct

6  that "may warrant immediate termination, including

7  but not limited to the following"?

8      A   Yes.

9      Q   Which if any of these bullet points apply

10 to Joseph Biasi?

11     A   Well, it's not limited to that following,

12 so I don't know if it's listed in here or not, but

13 violation of federal, state, local statute

14 regulation through your work activities would

15 probably be the closest one.

16     Q   What violation of state, federal or local

17 law did Joseph Biasi violate?

18     A   He put hazardous material in a garbage

19 compacter, so he did not process hazardous material

20 correctly.

21     Q   And you have a policy on that at Wal-Mart,

22 correct, about how to properly dispose of hazardous

23 materials?

(Ryan Dunphy)

1      A     Yes, I believe we do.

2      Q     Was there any evidence in your

3   investigation that Joseph Biasi intentionally or

4   willfully violated that policy?

5      A     His intent -- it would be hard for me to

6   determine his intent.  Did he intentionally throw it

7   down the compactor?  Absolutely.  What he was

8   thinking at the time I can't speak to.

9      Q     Well, did you have any reason to believe

10  that he knew the policy and knew what he was

11  supposed to do but intentionally chose not to follow

12  the policy?

13     A     Yes.

14     Q     What was your evidence to support that?

15     A     We had a training session shortly before

16  this where it was held by my co-manager, Christopher

17  Davey, and he explained and showed all of the

18  unloaders, including Joseph Biasi, how to dispose of

19  hazardous waste and what could happen as far as

20  punishment up to and including termination for a

21  single offense.

22     Q     In that particular training was the word,

23  "nicotine" specifically used as a hazardous

(Ryan Dunphy)

1   material?

2      A   I wasn't there for the training, so I

3   don't know exactly the words he used, so, I can't

4   speak to that.

5      Q   I mean, you were here for Joseph Biasi's

6   deposition.  Do you understand that he did not

7   understand that the nicotine patches were, in fact,

8   hazardous materials?

9      A   I don't remember his deposition but I do

10   know he knew how to dispose of hazardous material.

11   He was given plenty of training, all items.  He

12   disposed of that item incorrectly.

13      Q   Had he disposed of hazardous materials in

14   the past?

15      A   To my knowledge, I don't know.

16      Q   Do you have any reason to believe that he

17   inappropriately disposed of hazardous materials in

18   the past?

19      A   I have no facts to warrant that, no.

20         (Plaintiff's Exhibit E and F were marked

21   for identification, respectively.)

22   BY MR. FINN:

23      Q   I show you what has been marked as Exhibit

(Ryan Dunphy)

1   E.

2           What is this policy?

3       A    This is the Hazardous Waste Policy, EC03.

4       Q    Is this the policy you had referenced that

5   could result in immediate termination for improperly

6   disposing of hazardous materials?

7       A    I believe so.

8       Q    Do you know from this training or this

9   policy whether there's any specific direction about

10  nicotine products or how they were supposed to be

11  disposed of?

12      A    I do not know if it's listed in this

13  policy.

14      Q    If we look at Page 492 -- or actually --

15  491 is the start of it actually.  I'm sorry.

16          This is the standard operating procedure

17  for products containing nicotine, excluding standard

18  cigarettes.  Do you see that?

19      A    Products containing nicotine, excluding

20  standard cigarettes, yes.

21      Q    What, if anything, did Joseph Biasi do

22  incorrectly?

23      A    Joseph Biasi chose not to scan the item

(Ryan Dunphy)

 1   using the handheld terminal that he was trained on

 2   that would have prompted him not to throw that item

 3   away.  It would have flagged it and said you must

 4   dispose of this as hazardous waste.

 5       Q    Do you see the section that talks about a

 6   loose piece of gum or lozenge or an unwrapped patch

 7   or a leaking E-cigarette or refill, i.e., liquid

 8   coming out?

 9       A    Yes.

10       Q    And it says that you should answer the

11   question, "yes" for leaking materials if those

12   situations are present, but in all other instances

13   answer "no" to the leaking or damaged question.  Do

14   you see that?

15       A    I see it.

16       Q    Do you have any reason to believe that the

17   product involved with Mr. Biasi involved a loose

18   piece of gum, an unwrapped patch or a leaking

19   E-cigarette?

20       A    I don't have any facts to that.

21       Q    So, why are you so convinced that had he

22   scanned the item, it would have told him he couldn't

23   get rid of it then?

(Ryan Dunphy)

1        A    Because we scanned the item and it said

2   process it -- he removed the bar code from the item

3   and put it in claims, and when we scanned it, it

4   said "process as hazardous waste."  But the item was

5   not there to be processed because he took the

6   physical item and threw it down the compacter.

7        Q    Is it your position that in all instances

8   the handheld terminal must be used to scan all items

9   when working in the back of a Wal-Mart store?

10       A    If you're going to dispose of it,

11  absolutely.

12       Q    And that was told to Joseph Biasi?

13       A    In his training, yes.

14       Q    Do you know whether Joseph Biasi and his

15  co-workers in the area where he worked routinely

16  followed that policy?

17       A    I can't speak to every single instance,

18  but they were given plenty of training on it and

19  they knew the ramifications if they did not do it.

20       Q    Do you know whether Wal-Mart kept that bar

21  code for the product?

22       A    That I don't know.

23       Q    When was the last time you saw it?

(Ryan Dunphy)

 1        A    The day that it was turned into claims and

 2   the claims associate was upset because it kind of

 3   falls on her and she's responsible for all hazardous

 4   materials being processed.  It's shipped anyways and

 5   she was unable to ship it because the item was not

 6   there.

 7        Q    Other than what you've told me so far,

 8   what other violations of this policy, the hazardous

 9   waste policy, were committed by Joseph Biasi leading

10   to his termination?

11        A    That I can think of right now, none.

12        Q    When you made the determination that this

13   was a serious enough infraction to result in

14   immediate termination, what were the factors that

15   you relied upon?

16        A    The fact that we've had plenty of

17   training, plenty of resources and he just chose not

18   to do it.

19        Q    Can you identify any other employees at

20   the Amsterdam Wal-Mart that have been immediately

21   terminated for violating the hazardous waste

22   disposal policy?

23        A    I can think of two.  I don't know their

(Ryan Dunphy)

1    names.  A CSM was terminated -- and that's customer

2    service manager -- for dumping windshield wiper

3    fluid down the drain.  And another unloader before

4    Joseph -- but Joseph was working there -- dumped

5    motor oil down a drain and was terminated

6    immediately.

7        Q    And these incidents happened before Joseph

8    Biasi was there?

9        A    I'm not sure of the time line on that.  I

10   am pretty sure the motor oil one did.  I'm not sure

11   about the CSM one.

12       Q    Was one of the individuals named James

13   Cooper?

14       A    No.

15       Q    Do you know if James Cooper has ever been

16   disciplined for violating HAZMAT policy?

17       A    No.  James Cooper was terminated for

18   throwing product away without accounting for it

19   financially.  He just threw it away.

20       Q    And had he had prior discipline?

21       A    I'm not sure of his prior discipline.  I

22   don't remember.

23       Q    And Danielle Noonan -- is that the

(Ryan Dunphy)

1    individual who dumped motor oil down the drain?

2        A    I don't know.   Danielle or Daniel?

3    Because Danielle would be the CSM and I don't know

4    the name of the unloader at all.

5        Q    Do you have any other information about

6    those two incidents that you've identified?

7        A    I can't think of it.

8        Q    Who would have more information about

9    those two incidents involved?

10       A    Possibly, personnel, where the files are

11   kept, but I don't know.

12       Q    At the time that you made the decision to

13   terminate Joseph Biasi, did you know about those two

14   situations?

15       A    The motor oil and the -- I am not sure.  I

16   don't know the time line.  I just know that I look

17   at each infraction as its own.  I don't -- I mean,

18   we take into account what the policies are and

19   whether that individual violated them or not.

20       Q    So, what factors -- when you looked to

21   decide whether Mr. Biasi was going to get a warning,

22   a coaching or termination, what were the factors

23   that led you to believe that he needed to be

(Ryan Dunphy)

1    terminated?

2        A    The intense training and focus we've had

3    on environmental compliance.  It was a very huge

4    subject and topic in our store and in the whole

5    company, and the fact that we went through that

6    training and he just again chose not to follow the

7    simple guidelines and disposed of hazardous material

8    incorrectly I thought was a big enough violation to

9    justify termination.

10       Q    How long did it take you to determine

11   that?  Was it pretty quick?

12       A    No.  They had to do the investigation

13   first, so Gwen did the investigation.  It took a

14   little while to get everything together, but once

15   all the facts were there, and that coupled with like

16   I said, the training, the materials that were

17   available throughout his whole career, I came to

18   that determination.

19       Q    If we look back at the exit interview --

20   which exhibit is that?

21       A    Exhibit C.

22       Q    Exhibit C -- is this the document that

23   shows essentially, the reason why Joseph Biasi was

(Ryan Dunphy)

1   fired and the date?

2        A    Yes.  This is the exit interview.

3        Q    It says, "On January 27, 2015 Joseph Biasi

4   was observed throwing a Nicorette box into the trash

5   can, which was then thrown into the compacter

6   without verifying if there was any HAZ waste that

7   may have been present.  This is in direct violation

8   of environmental compliance which Joseph was

9   thoroughly trained on."

10            Do you see that?

11       A    Yes, I do.

12       Q    Are those your comments?

13       A    No.

14       Q    It's in the box that says "manager

15  comments."  Do you know whose comments those are?

16       A    Whoever processed the termination, which

17  would have been either Jason or Thomas, but given

18  which one he is, it would have had to have been

19  Jason because he is the initiator in this exit

20  interview.

21       Q    The date that this determination was made

22  was February 16, 2015; isn't that correct?

23       A    That is correct.

(Ryan Dunphy)

1    Q    All right.  And if we look back at Exhibit

2  B, we know that Joseph Biasi had written a second

3  email to corporate on February 10, 2015, and that

4  was the email in which he had stated that, "E.J.'s

5  attitude is getting worse.  She gets sarcastic and

6  verbally brash for no reason."  Isn't that accurate?

7    A    That statement was sent on that date, yes.

8    Q    So, six days later he was terminated;

9  isn't that correct?

10    A    That is correct.

11    Q    In your discussions with Mr. Biasi was

12  there any concern raised about the timing of his

13  termination by Mr. Biasi?

14    A    When he opened doored his termination, he

15  had brought that topic up, yes.

16    Q    What was your conversation with Mr. Biasi

17  about that?

18    A    That those two things had nothing to do

19  with each other.

20    Q    Did Mr. Biasi seem satisfied with your

21  answer?

22    A    Yes.  He did not -- he did not get

23  emotional or argue intensely.  We just had a

(Ryan  Dunphy)

1    conversation.

2        Q    Did you consider giving Mr. Biasi his job

3    back?

4        A    No.

5        Q    Take a look at the Waste Management Chart,

6    Bates Number 504.

7             I guess the first question is, do you see

8    anything on this Waste Management Chart that shows

9    that nicotine products is a hazardous waste product?

10       A    On this chart it does not name -- it

11   doesn't have nicotine on it.

12       Q    It gives several other examples, like pool

13   chemicals, liquid bleach, fluorescent tubes, rubbing

14   alcohol, camp fuel, hair spray, insect spray, spray

15   paint and aerosols, drain openers, pesticides,

16   things like that; right?

17       A    Right.  It just gives a couple of examples

18   for each box.

19       Q    Which box would nicotine fall under?

20   Would it be toxic, reactive, universal waste,

21   flammable liquids, flammable solids or compressed

22   gas, do you know?

23       A    I'm not sure, but I would scan it with the

(Ryan Dunphy)

1  handheld terminal and it would tell me.

2      Q    Under "resources" it says, "Use your

3  resources to determine how an item should be

4  managed."  And in there it lists, "handheld

5  terminal, shelf label or price sign and standard

6  operating procedures available on the wire."

7          Do you see that?

8      A    Yes, I do.

9      Q    So, in fact, there are three alternatives

10  given to employees as to how they can check whether

11  something is hazardous; isn't that accurate?

12      A    It's showing three here, yes.

13      Q    And if it's an unknown waste, it gives

14  some guidelines on that as well as non-hazardous

15  waste; isn't that correct?

16      A    Yes.

17      Q    So, Mr. Biasi had determined that the

18  nicotine product was non-hazardous because a patch

19  was not opened for example.  According to this

20  policy he could dispose of it in the trash can or a

21  compacter; correct?

22      A    No.  Where does it say that?

23      Q    Well, I understand that you disagree, that

(Ryan Dunphy)

 1    nicotine is, in fact, a hazardous substance;

 2    correct?

 3        A    I just go with what the handheld terminal

 4    would tell me.  If it tells me it's hazardous, it's

 5    hazardous.

 6        Q    But if Mr. Biasi had determined that it

 7    was non-hazardous, the policy says, "Dispose of it

 8    in the trash can or compacter;" right?

 9        A    If he would determine that, but he would

10    make his determination without using the resources

11    to the left, and he has no right to make that

12    determination without using the proper resources.

13        Q    What about the nicotine written policy?

14    Doesn't that provide some guidelines on how nicotine

15    products should be disposed of?

16        A    Nicotine policy.  This one right here?

17        Q    Page 2 on the second page, which is

18    actually Bates Number 491, it says, "standard

19    operating procedure, products containing nicotine

20    excluding standard cigarettes."  Wouldn't you agree

21    that that provides training and information to

22    employees about nicotine products?

23        A    Right in this policy it says, "The

(Ryan Dunphy)

 1   handheld terminal may direct you to ship to the

 2   vendor or return center."  It tells -- I mean, he

 3   should be using the handheld terminal.

 4        Q    Well, what's the point of having a

 5   standard operating procedure that's written up if

 6   you're just going to scan everything and listen to

 7   the handheld?

 8        A    To make it easier.

 9             MS. MOORE:  Objection.

10        A    The handheld is in -- he has access to

11   that his entire shift, so he does not have to stop

12   what he's doing and go research a procedure.  He has

13   that opportunity.  Obviously, we provide them for

14   him but we try to make it as easy as possible.

15   BY MR. FINN:

16        Q    Joseph Biasi had been working for the

17   company for about twenty years; correct?

18        A    I believe so.  Yeah, he made it nineteen

19   or twenty years, yes.

20        Q    Do you believe that this is the first time

21   he had ever disposed of a nicotine product?

22        A    I wouldn't have any facts one way or the

23   other on that.

(Ryan Dunphy)

1    Q    Do you know how common it is for nicotine

2  products to be involved in the claims procedure?

3    A    No, not off the top of my head.

4    Q    As far as recordkeeping at Wal-Mart, is

5  there some type of report or list that is run about

6  all items that have been subjected to claims on a

7  weekly or a monthly basis?

8    A    Yes, daily.  Everything processed through

9  claims would be on a report.

10   Q    Would that report indicate whether the

11  item was scanned or not?

12   A    It would have to be scanned to be on the

13  report.

14   Q    So, if there are other times that a

15  nicotine product, for example, was thrown in the

16  trash, there might not be a report of it?

17   A    If someone just threw anything in the

18  trash, I mean, unless we saw it or someone saw it, I

19  mean, we wouldn't know with any product.

20   Q    What was your conversation with Jason

21  Konwisarz regarding the termination of Joseph Biasi?

22   A    I don't believe I had a conversation with

23  Jason.

(Ryan Dunphy)

1      Q      You had mentioned that you had made a

2  determination that this was a serious enough

3  infraction resulting in a termination; correct?

4      A      Yes.

5      Q      All right.  And it looks like Jason and

6  Thomas Boolukos are the ones who actually had the

7  exit interview with Joseph Biasi; correct?

8      A      Yes.

9      Q      Did you have any interaction with either

10  of those two gentlemen prior to Mr. Biasi being

11  informed of his termination?

12      A      Not that I can remember specifically.

13      Q      Would it be typical for managers that are

14  under you to handle the exit interview?

15      A      Assistant managers would normally handle

16  the exit interview to give the associate the

17  opportunity to open door.

18      Q      And the open door is with you?

19      A      The open door can be with anybody.

20      Q      And the open door is some type of policy

21  where if you have concerns or disagree with the

22  termination, you can talk to somebody about it?

23      A      Yes, you can.

(Ryan Dunphy)

1     Q   All right.  And Mr. Biasi, in fact, did

2  that; right?

3     A   He -- yes.  He set up a time and came in

4  and talked to me, and anything past that I would not

5  know about because he would have the opportunity to

6  talk to anyone above me as well.

7     Q   Did Mr. Biasi talk to you in the open door

8  meeting about the fact that he felt it was unfair

9  that he was terminated?

10     A   He said it was unfair, yes.

11     Q   What was the reason he gave?

12     A   He really didn't give a reason.  He just

13  didn't think it was fair.

14     Q   You stated earlier, I believe, that he

15  brought up that he thought it was related to the

16  fact that he made a sexual harassment complaint?

17     A   That was after his initial -- when he

18  initially came in, he didn't think it was fair that

19  he was terminated for the environmental infraction.

20  When he didn't get the answer that he was looking

21  for, then he brought that up and said that he

22  thought it was because of that, and that was not

23  true.

(Ryan Dunphy)

1      Q    And you explained that to him in the open

2  door policy meeting?

3      A    I said that was not true.

4      Q    What did you do, if anything, to

5  investigate the concern raised by Joseph Biasi that

6  he was terminated because he reported sexual

7  harassment?

8      A    What do you mean?  Like beyond the

9  investigations that are here?

10     Q    Well, as a manager, is it your

11  understanding that if retaliation is reported to

12  you, that you have some type of duty under the

13  Wal-Mart policy to report that?

14     A    Yeah, I would look into it, but the

15  infractions are completely separate.  The asset

16  protection manager, Gwen, was involved in the

17  hazardous waste disposal and she would have nothing

18  to do with the other part.

19     Q    But you, as a manager -- Joseph Biasi

20  raises a concern that he believes he was fired for

21  reporting sexual harassment.  What, if anything, did

22  you do to advise people in ethics or your superiors

23  that that allegation had been made?

(Ryan Dunphy)

1        A     We had conversations, I believe, but I

2    didn't feel anything came up that would justify

3    that.

4        Q     Did you do an investigation?

5        A     What's here is the only investigations I

6    did, formal investigations.

7        Q     And you're pointing to Exhibits A and B;

8    correct?

9        A     I believe the one that I did is not in

10   either of these exhibits when I closed out the

11   investigation?

12       Q     Anything else that you recall about steps

13   that you took after Joseph Biasi reported a concern

14   about retaliation?

15       A     I can't recall anything specific.

16            (Plaintiff's Exhibit G was marked for

17   identification.)

18   BY MR. FINN:

19       Q     I'm showing you what has been marked as

20   Exhibit G, which is Defendant's Objections and

21   Responses to Plaintiff's First Request for

22   Interrogatories and Documents.

23            MS. MOORE:  There's no verification on

(Ryan Dunphy)

1      this.  Did you get the --

2            MR. FINN:  I don't believe so.

3            MS. MOORE:  You don't believe so?

4            MR. FINN:  I don't believe so.

5            MS. MOORE:  Okay.  I just wanted to make

6      sure.

7            MR. FINN:  Off the record.

8            (Following a discussion off the record a

9      brief recess was taken.)

10            MR. FINN:  We're back on the record.

11            We have added the verification to Exhibit

12      G just for clarity purposes.

13  BY MR. FINN:

14      Q    If we look at that last page there, Mr.

15  Dunphy, is that your signature?

16      A    Yes, it is.

17      Q    And you reviewed these responses before

18  you verified them?

19      A    Yes.

20      Q    In the response to Number 6, the question

21  had asked for all individuals who participated in

22  the decision to terminate Plaintiff's employment.

23      A    Okay.

(Ryan Dunphy)

1    Q    The response directs us to certain

2  personnel records, and I think several of which we

3  have discussed, but from your recollection and your

4  memory, what other individuals other than yourself

5  were involved in the termination of Joseph Biasi?

6    A    What do you mean "involved"?  Involved in

7  the investigation that led to it or involved in the

8  execution of the termination?

9    Q    So, specifically, with regard to

10  Interrogatory Number 6, "Individuals who

11  participated in the decision to terminate

12  Plaintiff's employment."

13    A    That would be myself, Rebecca and Gwen.

14    Q    And other than what you've testified to

15  already, any other reasons that you believe

16  Mr. Biasi was terminated?

17    A    No.  He was only terminated for that

18  infraction.

19    Q    If we look at Number 11, this question

20  asked about any potential admissions by Mr. Biasi,

21  and in the response it says, "After some objections,

22  Plaintiff admitted to improperly disposing of a

23  nicotine product."

(Ryan Dunphy)

```
1              Do you see that?
2      A     Where is it?
3      Q     It's Number 11.
4      A     So, what am I looking for here?
5      Q     After the objections it says, "Subject to
6  and without waiving the foregoing objections,
7  Plaintiff admitted to improperly disposing of a
8  nicotine product."
9      A     Okay.
10     Q     Do you see that?
11     A     Yes.
12     Q     And you agree with that statement?
13     A     Yes.  I believe he admitted to it during
14 his deposition as well.
15     Q     Other than what you heard at the
16 deposition, what other times did you hear Mr. Biasi
17 admit to improperly disposing of a nicotine product?
18     A     During the open door conversation he had
19 with me, he admitted to doing it.
20     Q     Admitted to throwing the nicotine patch
21 away?
22     A     Correct.
23     Q     Did he admit to a violation of Wal-Mart
```

(Ryan Dunphy)

1  policy?

2      A    He didn't use those specific words, but he

3  knew about the policy, he knew where to get the

4  policy and he threw away the product.

5      Q    Do you know of any other times that Mr.

6  Biasi admitted to improperly disposing of a nicotine

7  product?

8      A    This specific one or a different nicotine

9  product?  Do you mean any other time he admitted to

10 this or any other time --

11     Q    This particular incident.

12     A    I believe he admitted to throwing it away

13 during his deposition, during his open door with me.

14 I don't know if he -- what the conversation was

15 between him and Jason during his exit interview or

16 any other conversations that he might have had.

17     Q    Number 15.  Number 15 asks about any other

18 Wal-Mart employees who have been disciplined for

19 throwing away nicotine products into a garbage can.

20 The response -- there are some objections and it

21 states that, "With regard to the Amsterdam Wal-Mart

22 since January of 2013, none."

23     A    Okay.

(Ryan Dunphy)

1    Q    Do you have any knowledge like in the

2  Amsterdam store before January of 2013 if anyone had

3  ever been disciplined for throwing away nicotine

4  products into a garbage can?

5    A    Nothing that I can think of.

6    Q    In all of the various Wal-Marts that

7  you've worked at do you have knowledge of any

8  individual ever being disciplined for throwing a

9  nicotine product into a trash can?

10   A    Not that I can specifically think of, no.

11   Q    Does Earlene Schaeffer still work for

12 Wal-Mart?

13   A    I don't believe so.

14   Q    Was she terminated?

15   A    I don't know.  I wasn't in the store.

16   Q    What have you heard about the

17 circumstances surrounding her departure?

18   A    None.

19   Q    How did you find out that Earlene

20 Schaeffer is not with the store?

21   A    I believe through --

22   Q    Other than through your lawyer.

23   A    None.  That was it.

(Ryan Dunphy)

1      Q    I'm not supposed to ask you about that, so

2  I apologize.  I wasn't trying to dig.

3           Was Earlene Schaeffer friends with Rebecca

4  Paukstela?

5      A    I don't believe so.

6      Q    Were you friends with Earlene Schaeffer?

7      A    No.

8      Q    Was Earlene Schaeffer a good supervisor?

9      A    She was -- she was good, standard -- solid

10  performer.

11     Q    Do you have any recollection of prior

12  personnel complaints made against Earlene Schaeffer?

13     A    Nothing I can think of specifically.

14     Q    Do you recall any prior coaching with

15  regard to Earlene Schaeffer involving poor attitude?

16     A    I can't think of anything specifically.

17     Q    Do you think Earlene Schaeffer had a poor

18  attitude?

19     A    No.

20     Q    So, when Joseph Biasi brings a concern

21  that she is being very critical of him after he

22  reported sexual harassment, did that impact your

23  decision whether you should investigate his claims?

(Ryan Dunphy)

1        A     I believe that he was complaining just

2   because Earlene Schaeffer was pushing them to get

3   their job done.  Earlene took over the unloader

4   supervisor position and was pushing these guys to

5   work harder to get the results that were required.

6        Q     Do you recall ever telling anyone that you

7   were upset that Joseph Biasi went to corporate to

8   make a complaint because he wasn't getting anywhere

9   at the store level?

10       A     No.

11       Q     I'm going to move to the second claim

12   that's alleged in our Second Amended Complaint.  It

13   involves uniforms.  Are you aware of that

14   allegation?

15       A     I am aware of it.

16       Q     What is your understanding of the

17   allegation?

18       A     That -- what they're accusing us of, not

19   providing a service or something for the vests, for

20   the vests specifically.

21            MR. FINN:  Let's mark a few documents for

22       us to go through.

23            (Plaintiff's Exhibits H and I were marked

(Ryan Dunphy)

1          for identification, respectively.)

2     BY MR. FINN:

3          Q     I'm showing you what has been marked as

4     Exhibit H.  What is this document, if you know?

5          A     This is Dress Code Guidelines for Wal-Mart

6     Stores Field Hourly for New York.

7          Q     This has an effective date of September

8     29, 2014?

9          A     Yes.

10         Q     Is this the dress code that was in place

11    from September 29, 2014 through the present day?

12         A     As far as I know, yes.

13         Q     If we move to Page 451, it says,

14    "laundering uniforms."  It says, "A uniform is an

15    item of clothing issued by the company to an

16    associate required to be worn during working hours

17    and that cannot be worn outside of work."

18               Do you believe the vest is a uniform?

19         A     No, it's just a vest.

20         Q     So, you don't believe it's a uniform under

21    the uniform policy?

22               MS. MOORE:  Object to the question.

23         A     I guess I'm not understanding the

(Ryan Dunphy)

 1   question.

 2          It's company-issued clothing that -- yeah,

 3   I guess it is.  I mean you would wear it during work

 4   but you don't wear it outside.

 5       Q    What is your understanding of the policy

 6   in September of 2014 as far as the uniforms provided

 7   to an associate like Joseph Biasi?

 8       A    My understanding of the vests?

 9       Q    Yes.

10       A    That we issued vests for them to wear

11   while they work.

12       Q    And how many vests did you issue?

13       A    Initially, it was two per person if you

14   were full-time.

15       Q    And one if you were part-time?

16       A    I don't remember specifically but I think

17   so.  I think it went based off of your average

18   hours.

19          (Plaintiff's Exhibit J was marked for

20   identification.)

21   BY MR. FINN:

22       Q    I show you what's been marked as Exhibit

23   J.  This Dress Code Policy Associate Uniform Chart,

(Ryan Dunphy)

1   District of Columbia and New York has an effective

2   date of September 29, 2014; correct?

3        A    Yes.

4        Q    And "all associates except as listed

5   below" -- it says, "Blue vest, two FT, one PT."

6             Is that two full-time and one part-time?

7        A    Yes, it is.

8        Q    Does that refresh your recollection as to

9   how many vests a part-timer got?

10       A    It does.

11       Q    How many?

12       A    A part-time associate received one vest

13   initially.

14       Q    And underneath the "all associates"

15   position it says, "TLE."  What does TLE stand for?

16       A    Tire lube express.

17       Q    And there seems to be asterisk for that

18   particular item, and it says, "The number of issued

19   TLE uniforms may vary based on full-time or

20   part-time status"?

21       A    That is what it says.

22       Q    Under the policy it says that, "The

23   cleaning process used for the blue vest is a uniform

(Ryan Dunphy)

1    service."

2            Do you see that?

3       A    Where is it?  Oh, yes, I see it.

4       Q    In September of 2014 did the Amsterdam

5    Wal-Mart use a cleaning service to wash the vests?

6       A    We've had a contract with Aramark, who

7    does all of our clothing washing.

8       Q    And specifically with regard to the blue

9    vests that are given to all associates, Aramark

10   laundered those on a weekly basis?

11      A    That was available but there was no demand

12   for it.  No one turned in their vest to be washed.

13      Q    Not a single person?

14      A    If anyone did, the personnel manager, I

15   believe, washed it herself, but I don't know.  I

16   can't tell you how many, if any.

17      Q    What, if anything, did you do to advise

18   employees that they could have their vests washed on

19   a weekly basis?

20      A    When we first received the vests and

21   implemented this, the vest dress code, to receive

22   the vest they had to go see our personal manager,

23   Desiree.  She would hand out the vest and go over

(Ryan Dunphy)

1   the new dress code policy.

2      Q   And it's your understanding that Desiree

3   specifically advised each individual that they could

4   get their vest washed free of charge?

5      A   Yeah, she covered it.  I'm pretty sure.

6      Q   How do you know she covered it?

7      A   I wasn't there for every single

8   conversation but she was pretty good, and she --

9   they had to see her before they could get their

10   vest.  No one could get a vest without seeing her

11   first.

12      Q   And with regard to -- you said you weren't

13   there for every conversation.  Were you there for a

14   single conversation where she said, "You can get

15   your blue vest laundered"?

16      A   I can't remember any of them.

17      Q   Do you know whether any individual

18   employees at the Amsterdam store were advised in

19   writing about the availability of their vest being

20   laundered for them?

21      A   I believe it's written on the policy and

22   posted.  I know everything about it was posted on

23   the personnel board, but I can't think of it

(Ryan Dunphy)

1    specifically.

2        Q    Do you know if there was any specific memo

3    that was given to employees that stated, "Your blue

4    vest can be laundered by a laundry service"?

5        A    A memo sent out to all employees?  Not

6    that I can think of.

7        Q    On the document you're looking at, Page

8    419, it says, "Fresh areas, food service."  Who is

9    covered under that division or position?

10       A    That would be all fresh area associates,

11   so, meat, produce, deli, bakery.

12       Q    And the garment listed there is an apron

13   and a coat?

14       A    Correct.

15       Q    Are those items laundered?

16       A    They are.

17       Q    And that was something that there was

18   demand for and was done in the store?

19       A    Yes.

20       Q    Do the fresh area food service associates

21   also wear a blue vest over top of their apron and

22   coat?

23       A    No.

(Ryan Dunphy)

1     Q   Is that --

2     A   Underneath their apron or coat.

3     Q   Underneath?

4     A   Yes.

5     Q   So, they do have a blue vest that they

6 wear every day?

7     A   Yes.

8        MS. MOORE:  Objection.

9     A   They should have one, yes.

10 BY MR. FINN:

11    Q   And the fresh area food service workers,

12 they likewise, even though they had their apron and

13 coat laundered for them, as far as you know none of

14 those associates had their vests laundered for them?

15    A   I can't -- I don't know any specific

16 person that did it but it was available.

17    Q   And the basis you have for saying that

18 employees were notified of this is Desiree?

19    A   Yes.

20    Q   Anyone else?

21    A   The management team would know but Desiree

22 would be the best resource.

23    Q   At any point in time from September 29,

(Ryan Dunphy)

1    2014 to the present date, has the process at all

2    changed as far as washing these vests in the

3    Amsterdam store?

4        A    I couldn't speak to anything in the

5    Amsterdam store after July of 2015.

6        Q    There was some testimony by Mr. Biasi that

7    his father at some point in time had asked for a new

8    vest or gotten a clean vest.  Do you know how that

9    process occurred?

10       A    I believe he said his father used the

11   laundry service where he turns it in and they would

12   launder it for him.  So, he's one that used it.  But

13   anyone who needed a new vest if it were to rip, tear

14   or stain, they would go see Des and Des would give

15   them a new vest.

16       Q    To replace the old one?

17       A    Yes.

18       Q    Do you have personal knowledge of Mr.

19   Biasi's father ever turning in a uniform to the

20   laundry service?

21       A    No.

22       Q    Are you sure that he actually did that?

23       A    Mr. Biasi -- Joseph was under oath when he

(Ryan Dunphy)

 1   said it, so, it must be true.

 2        Q    You believe everything that Joseph Biasi

 3   says under oath is true?

 4        A    No.

 5        Q    If you look back at Exhibit H, under the

 6   laundering uniforms section, which is on Page 451,

 7   it states in the second paragraph, "If you are

 8   required to wear a uniform during working hours, you

 9   will be provided a uniform at the company's expense.

10   Uniforms will be issued in the quantity listed in

11   the Associate Uniform Chart based on the associate's

12   division and position.  You are expected to keep

13   uniforms neat and clean."

14             Do you see that?

15        A    Yes.

16        Q    Was that policy followed by Wal-Mart in

17   the Amsterdam store?

18        A    As far as did we make sure they had a

19   clean vest?

20        Q    Yes.

21        A    Yes, we followed the policy and we provide

22   the service.

23        Q    And it says here, "You are expected to

(Ryan Dunphy)

1   keep uniforms neat and clean."  Isn't that a

2   direction to employees that they have to clean their

3   own uniform?

4           MS. MOORE:  Objection.

5       A    No.  We offered a service, so, I mean,

6   they can -- they could clean it themselves if they

7   would like or they could use the service that we

8   provide if they would like.  The option is theirs.

9   BY MR. FINN:

10      Q    In this laundering uniform section,

11  wouldn't you agree that it doesn't actually say that

12  they can have their laundry laundered for them?

13          MS. MOORE:  Objection.

14      A    In this paragraph?

15  BY MR. FINN:

16      Q    Yes, correct.

17          MS. MOORE:  Objection.

18      A    What was the question again?

19  BY MR. FINN:

20      Q    In this section, "Laundering Uniforms,"

21  where does it say that an associate like Joseph

22  Biasi can turn in his uniform, specifically the

23  vest, and have it laundered?

(Ryan Dunphy)

1     A   Isn't it right there in the bottom?

2        "The approved corporate linen supplier

3 provided laundering services for uniforms or wash

4 and wear items."  Oh, it says, "of terminated

5 associates."

6     Q   That paragraph there starts off with

7 "Special care items."

8        "Some items require special care, i.e.,

9 daily washing, ironing, dry cleaning, extra laundry

10 loads due to bulkiness of heavy, soiling.  A

11 laundering service is provided for these special

12 care items and they are laundered at the company's

13 expense.  You are encouraged to use the company's

14 laundering service for all such items."

15        Is the blue vest a special care item?

16     A   I don't know how it's defined but it says

17 "daily" or "daily washing items," so, if someone

18 were to want to wear it daily and they wanted it

19 washed, they could get it washed.

20     Q   Is there any other -- you had mentioned

21 that there was something in writing to associates to

22 advise them of the availability of laundering

23 services.  Is this the document that you were

(Ryan Dunphy)

1   referring to?

2        A    That I'm not sure of.  I don't know which

3   document was posted.  I assume it's this one unless

4   there's another one.

5        Q    Those bullet points -- they fall under the

6   sentence, "TLE associates must turn in uniform

7   rental parts, jackets, shirts and shorts on a weekly

8   basis for laundry service;" isn't that correct?

9             MS. MOORE:  Objection.

10       A    That line is in this definition of

11  laundering uniforms.

12  BY MR. FINN:

13       Q    So, the section about the laundry

14  service -- is it applicable only to TLE associates?

15            MS. MOORE:  Objection.

16       A    Our laundry service is available for

17  everybody.

18  BY MR. FINN:

19       Q    Where does it say that in this document?

20       A    That laundry service is available for

21  everybody?

22       Q    Yes.

23       A    It doesn't state it in those words.

(Ryan  Dunphy)

1    That's how I interpret it.

2        Q    It says, "Questions about setting up the

3    laundry service should be directed to your store

4    manager."

5            Did anyone direct any questions to you

6    about setting up laundry service for washing the

7    blue vests?

8        A    Nobody ever asked me to have their vest

9    washed while I was there.  The only question I was

10   ever asked was by my personnel manager of which day

11   we would like them to pick up the vests for the

12   service.

13       Q    The vests specifically?

14       A    Yes.

15       Q    Who talked to you about that?

16       A    Des.

17       Q    And what day was set up?

18       A    Wednesday.

19       Q    And that was from September of 2014 to the

20   time you left the store?

21       A    I don't remember which day she initiated

22   it.

23       Q    Did the laundry service pick up any other

(Ryan Dunphy)

1    items on Wednesday?

2         A    I'm not sure which ones, but they -- I'm

3    not sure.

4         Q    Were there any emails or written

5    communications with regard to the conversations or

6    communications about Wednesday being the day for the

7    blue vest pick-up?

8         A    No.

9         Q    It was just a couple oral conversation?

10        A    Yes.

11        Q    Did you advise the employees at the

12   Amsterdam Wal-Mart store in writing that Wednesday

13   was the date for them to drop off blue vests for

14   laundry service?

15        A    No, they could drop them off any day and

16   we would just give them a new one and then launder

17   that one.

18        Q    Are employees required to have clean

19   uniforms?

20        A    Yes, they are required to follow the dress

21   code, to be clean.

22        Q    Is that particularly important for the

23   employees working in the area serving food?

(Ryan Dunphy)

1      A     It's important for all associates.

2      Q     Did you consider the vest a wash and wear

3  item?

4      A     Define that for me.

5      Q     Well, under this laundering uniform

6  section, it says, "Wash and wear items:  The

7  approved corporate linen supplier will launder wash

8  and wear items for you at the company's expense."

9            Did that include the vests?

10     A     As a wash and wear item?  I don't know.

11           MS. MOORE:  I'm going to object to the

12     question.

13  BY MR. FINN:

14     Q     Let's direct your attention back to J,

15  Exhibit J.  If we look at Page 419, there appears to

16  be a number of items that in the cleaning process

17  column it's identified as a wash and wear item,

18  including a green smock, for example, for Wal-Mart

19  To Go employees, a green smock for pharmacy

20  technician and pharmacy cashiers at neighborhood

21  markets and at Sam's Club, the demo team apron, the

22  sales associate vest, the pharmacy lab coat, the

23  photo lab coat and the vision center.  Do you see

(Ryan  Dunphy)

```
 1    that?

 2         A    I see it.

 3         Q    But the blue vest for all associates at

 4    the Wal-Mart store -- it's identified not as a wash

 5    and wear item but as a uniform service; isn't that

 6    correct?

 7              MS. MOORE:  Objection.

 8         A    Under "cleaning process" it says, "uniform

 9    service."

10    BY MR. FINN:

11         Q    Where those other items I just talked

12    about indicated wash and wear items; correct?

13         A    I believe that -- well, it says "wash and

14    wear" under those items, so the blue vests could be

15    a wash and wear item but still the uniform service

16    is provided if they want it, so...

17         Q    The store you're at now in Glenville --

18    are you following the same general process for the

19    blue vests as far as laundering them?

20         A    Yeah, I don't have as much involvement or

21    oversee it but I do believe it's set up, yes.

22         Q    Do you know if anyone at the Glenville

23    store gets their blue vest laundered?
```

(Ryan Dunphy)

```
 1      A    I don't know any specific person who does

 2  it.

 3      Q    Do you know specifically if anyone at the

 4  Glenville store has been advised in writing of the

 5  availability to have their blue vest laundered?

 6      A    That I don't know.

 7      Q    How many employees work for the Glenville

 8  store?

 9      A    Approximately, three hundred and sixty,

10  give or take.

11      Q    How many employees worked at the Amsterdam

12  store?

13      A    Two hundred and eighty.

14      Q    So, the Glenville store is a little bit

15  larger?

16      A    Yes, quite a bit larger.

17      Q    Is there a deli and bakery area at the

18  Glenville store?

19      A    Yes.

20      Q    How many people work in the bakery section

21  of the Glenville store?

22      A    About ten.

23      Q    And how about at the Amsterdam store?
```

(Ryan Dunphy)

1      A    For now or back when I was there?

2      Q    Back when you were there.

3      A    Back when I was there, probably six to

4  eight maybe.

5      Q    If Cynthia Mecca -- does that name ring a

6  bell for you?

7      A    Yes, it does.

8      Q    She worked at the Amsterdam Wal-Mart?

9      A    Yes, she did.

10     Q    What is her position?

11     A    When I was there, she was deli department

12  manager.

13     Q    If Cynthia Mecca were to state that she

14  oversees approximately fifteen employees at the

15  Amsterdam Wal-Mart, would you disagree with that?

16     A    No, I would not disagree with that.

17     Q    Before you said there was about six to

18  eight.

19     A    That was bakery.

20     Q    So, deli and bakery --

21     A    Deli is bigger.  Deli is much bigger than

22  bakery.

23     Q    All right.  At the Wal-Mart is it always

(Ryan Dunphy)

1   broken down between deli and bakery separate or is

2   it sometimes referred to as "deli/bakery"?

3        A    In any store I've been in deli and bakery

4   are separate.

5        Q    In the bakery they cook cakes and cookies

6   and bread items; correct?

7        A    Yes.  They bake bread and mostly defrost

8   everything out of the freezer.  That's about it.

9        Q    And then it's available for purchase in

10  the store?

11       A    Yes.

12       Q    And in the deli section they're preparing

13  food to be served to customers; correct?

14            MS. MOORE:  Objection.

15       A    No, they prepare food to be purchased by

16  customers.  So, when we prepare the food -- we hand

17  it to them -- they still have to go through the

18  registers and purchase it just like any other

19  grocery item.

20  BY MR. FINN:

21       Q    But my understanding is that there are

22  items, you know, such as chicken, chicken tenders,

23  macaroni and cheese, items that are prepared on site

(Ryan Dunphy)

1  and then sold to customers?

2      A    We will prepare hot plates, anything they

3  want, we package them, and then they still have to

4  go through the register and purchase them.

5      Q    But those items that are prepared are

6  prepared in the store; correct?

7      A    Define "prepared."  We cook them and then

8  we put them in a container and then they take them.

9      Q    And when the customer comes up to order

10  the food, there's a menu and there's items in front

11  of them that they can see that are in separate

12  containers that get scooped out and things like

13  that?

14      A    The items are there in the hot case and

15  it's labeled just like any of our other modulars,

16  so, it would item with the price and the description

17  of the item.

18      Q    If you can recall, what are some of the

19  items that were available at the Amsterdam deli?

20      A    Macaroni and cheese, I think, mashed

21  potatoes, chicken tenders, chicken wings --

22  sometimes we would get fish -- popcorn shrimp,

23  popcorn chicken, rotisserie chicken, 8-piece fried

(Ryan Dunphy)

1    chicken, General Tso's chicken.

2        Q    Were there beverages for sale in that area

3    as well?

4        A    There was sodas and iced teas that were in

5    the bunker, like a 20-ounce Pepsi or whatever.

6        Q    Was there an area in the Amsterdam store

7    where customers could eat in the store?

8        A    No.

9        Q    So, it's all to go items?

10       A    Correct.

11       Q    Is there a fountain soda available to

12   customers in the store?

13       A    No.

14       Q    Is there coffee or tea that is served hot

15   in the store?

16       A    No.

17       Q    And with regard to the Glenville store is

18   it a similar type of food items?

19       A    Yes, the same items.

20       Q    How many deli associates do you believe

21   worked in the Amsterdam store when you worked there?

22       A    Probably about fifteen.

23       Q    And how about in the Glenville store where

(Ryan Dunphy)

1   you currently work?

2        A    It's probably more like twenty.

3        Q    Any other areas in the Wal-Mart store

4   where food is prepared?

5        A    Define "prepared."

6        Q    Well, I understand there's areas in most

7   of the Wal-Marts now that there's like grocery

8   items; correct?

9        A    Well, we have grocery.

10       Q    So, people can go and, for example, just

11  get a box which has a frozen pizza inside and they

12  would go to the register and they pay for it?

13       A    Yes.

14       Q    I'm talking about any other areas in the

15  Wal-Mart, the Amsterdam Wal-Mart in particular,

16  where a Wal-Mart employee would take some type of

17  food out of a package that comes in and do something

18  with it, like heat it up for sale or re-package it.

19  Any other employees in the store that handle food in

20  that way?

21            MS. MOORE:  Other than the --

22            MR. FINN:  Deli and bakery.

23       A    Handle -- I guess I'm confused on what you

(Ryan Dunphy)

1   mean.  Like do people stock the shelves?  Yes.

2   BY MR. FINN:

3       Q    All right.  And when they're stocking

4   shelves, my understanding is they are stocking

5   shelves for products that come in a can, come in a

6   box, come in a container; correct?

7       A    Yes.

8       Q    Any other areas where, like, for example,

9   the butcher area, do people process meat?

10      A    We don't have a butcher, no.

11      Q    There is no butcher at all?

12      A    No.

13      Q    You sell meat in your stores; correct?

14      A    Yes.

15      Q    So, that meat comes in pre-packaged?

16      A    Pre-packaged.

17      Q    Do any of the associates un-package or

18  re-package meat?

19      A    No.  It comes in all pre-packaged.  I

20  mean, we just thaw it out and throw it on the shelf.

21      Q    And to the extent there are, for example,

22  expiration dates or sell by dates those come

23  pre-done?

(Ryan Dunphy)

1     A    No.  Once it's unfrozen, then it has a

2  shelf life and it needs to be scanned through the

3  handheld and that would tell you the shelf life.

4  You print the tag, you put it on the meat and put

5  the meat on the shelf.

6     Q    In that process does meat ever get

7  un-packaged and re-packaged?

8     A    No.  Like -- no.

9     Q    Any other areas of the Wal-Mart store

10 where individuals are involved in preparing or

11 serving food that is heated up or changed from its

12 original packaging?

13        MS. MOORE:  Objection.

14     A    No, I don't think so.

15 BY MR. FINN:

16     Q    The Amsterdam Wal-Mart has, I believe, a

17 Subway in it?

18     A    Yes, it does.

19     Q    Those employees inside the Subway -- who

20 do they work for?

21     A    The owner of the Subway.

22     Q    Nothing to do with Wal-Mart?

23     A    No, they're just a tenant.

(Ryan Dunphy)

1     Q    As far as you know, is that the way all

2   the Wal-Marts are set up?  They lease space

3   essentially to different food places?

4     A    Yes, as far as I know.  I mean, it might

5   be different outside of New York.  I have only

6   worked in New York stores but...

7     Q    Do you know whether Wal-Mart keeps any

8   records to show how many uniforms are actually given

9   to a particular employee?

10    A    I don't know.  I don't know how they track

11  that.

12    Q    You, as a manager in the Amsterdam store,

13  did you ever keep any records to show how many vests

14  were given to any particular employee?

15    A    No.

16    Q    Do you know whether Wal-Mart as a company

17  keeps records to show which uniforms it maintains on

18  behalf of employees?

19    A    What do you mean?  Like launders or --

20    Q    Yes, correct.

21    A    Does it keep a record of it?

22    Q    Correct.

23    A    I don't know.

(Ryan Dunphy)

1      Q     With regard to the Amsterdam store and as

2   a store manager, did your store maintain any records

3   of which employee was having their uniform laundered

4   on any given week, month or any other time period?

5      A     No.

6      Q     As far as you know, the Wal-Mart dress

7   code and the uniform policy -- that was something

8   that was implemented for the entire State of New

9   York; isn't that correct?

10     A     The vests coming back was announced at a

11  year beginning meeting, which all of the store

12  managers go to in Florida, and they announced to the

13  whole company that it was coming back.

14     Q     Was that some time in September of 2014?

15     A     No, they announced the vest was coming

16  back in February, and then they implemented it, I

17  guess, in September.  I don't even remember the

18  exact date but they announced it, and then it took

19  quite a while for it to actually be implemented.

20     Q     And at that meeting was that just for New

21  York managers or was that company-wide?

22     A     Company-wide.

23     Q     So, is it fair to say that this vest

(Ryan Dunphy)

1    program is company-wide?

2         A    Yeah.  Every -- yeah, every store in the

3    company should be wearing a vest.

4         Q    And every company in the store follows the

5    same policy with regard to giving two vests to

6    full-time and one to part-time?

7         A    As far as I know unless there's state

8    restrictions or anything else.  I can't speak to

9    that outside of New York.

10        Q    Well, when you look at -- I apologize.  I

11   don't remember the number -- Exhibit J, it appears

12   that the dress code policy written here is the

13   Associate Uniform Chart for the District of Columbia

14   and New York; correct?

15        A    Correct.

16        Q    So, at least with regard to all the stores

17   in the State of New York full-time associates are

18   supposed to be given two vests and part-time

19   associates are supposed to be given one vest;

20   correct?

21        A    That is what it says here, yes.

22        Q    Do you know how many stores there are in

23   the State of New York?

(Ryan Dunphy)

1       A    I don't.

2       Q    Do you have any good faith or belief of

3  how many stores there are in this state?

4       A    Eighty.

5       Q    How do you come up with that number?

6       A    Our regional is responsible for eighty

7  stores and he has most of New York.  He just doesn't

8  have the southern city stores.

9       Q    So, how many employees for the entire

10  state would that be then?

11      A    My guess would be 200,000 maybe?  A

12  hundred thousand?  I don't know.  I don't know.

13      Q    All right.  That's fine.

14           Do you believe the proportion -- the

15  number of deli and bakery associates at the

16  Amsterdam store is consistent with the number of

17  deli and bakery associates at the Glenville store?

18      A    When they -- I don't know what they have

19  there now, but when you were managing a business, we

20  have a system that says -- it's forecasted hours so,

21  if they forecast two hundred hours for your deli,

22  then you need to hire people to fill in those two

23  hundred hours.  So, then your full-time/part-time

(Ryan Dunphy)

1    ratio would play into how many people you would

2    have.  If you had all full-time people, you would

3    have less people.  If you had all part-time people,

4    you would have more people because they're working

5    less hours.

6         Q    So, if there's eighty stores in the State

7    of New York and -- do you believe twenty-five

8    associates total for the deli and bakery would be a

9    good estimate of the number of employees in the

10   State of New York?

11        A    Twenty-five per store?

12        Q    Yes.

13        A    Yes, that would be pretty close.

14        Q    So, if I was to multiply eighty times

15   twenty-five, I get two thousand associates that work

16   in the deli area or bakery?

17        A    Okay.

18        Q    Is that consistent with what you would

19   have as an understanding as a manager?

20        A    Yes.

21        Q    And if the average store had maybe three

22   hundred employees total, eighty times three hundred

23   would be 24,000 employees in the State of New York.

(Ryan Dunphy)

1    Would that be consistent with your recollection as a

2    manager of how many Wal-Mart employees there are in

3    the State of New York?

4         A    Sure.

5              MR. FINN:  Thank you for your time today,

6         sir.  I'm done.

7              (Whereupon, the examination of Ryan Dunphy

8         was concluded at 11:29 a.m.)

9                   * * * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

(Ryan Dunphy)

1                        INDEX TO EXHIBITS

2

3   FOR
    PLAINTIFF              DESCRIPTION                    IDENT
4

5       A      Re-cap from the Wal-Mart Ethics           10
               Hotline including case details,
6              summary of information and backup
               documentation
7
        B      Case details                              27
8
        C      Exit interview                            34
9
        D      Coaching for Improvement Policy           44
10
        E      Hazardous Waste Policy                    49
11
        G      Defendant's Objections and Responses      67
12             to Plaintiff's First Request for
               Interrogatories and Documents
13
        H      Dress Code Guidelines for Wal-Mart        74
14             Stores Field Hourly for New York
               effective date of September 29, 2014
15
        I      Unidentified document                     74
16
        J      Dress Code Policy Associate Uniform       76
17             Chart, District of Columbia and New
               York, effective date of September 29,
18             2014

19

20

21                       *  *  *  *  *  *  *

22

23

                        SUSAN FLORIO, RPR
                  Professional Reporting Service
                        (518) 887-2733

(Ryan Dunphy)

1

2 STATE OF NEW YORK        )
                                     ss:
3 COUNTY OF                )

4

5

6        I have read the foregoing record of my

7 testimony taken at the time and place noted in the

8 heading hereof, and I do hereby acknowledge it to be

9 a true and accurate transcript of same.

10

11

12                          _____

13                                RYAN DUNPHY

14 Sworn to before me this

15 _____ day of_____2016.

16

17 _____

18        Notary Public

19

20

21

22

23

SUSAN FLORIO, RPR
Professional Reporting Service
(518) 887-2733

(Ryan Dunphy)

1

2

3

4

5

6                C E R T I F I C A T I O N

7

8          I, DOROTHEA MULLEN, a Shorthand Reporter

and Notary Public in and for the State of New York,

9

do hereby certify that the foregoing record taken by

10

me at the time and place as noted in the heading

11

hereof is a true and an accurate transcript of the

12

same, to the best of my ability and belief.

13

14

15   _____        _____

         Date                          DOROTHEA MULLEN

16

17

18

19

20

21

22

23

BY MR. FINN: [32]
18/3 19/15 20/9 27/11
32/3 34/10 34/15 36/3
38/16 44/13 49/21
62/14 67/17 68/12
75/1 76/20 81/9 84/8
84/14 84/18 86/11
86/17 89/12 90/9
93/19 97/1 98/14
34/14
MR. FINN: [8]
45/4 68/6 68/9
74/20 96/21 104/4
8/4
MS. MOORE: [26]
7/12 8/17 10/11
20/6 20/22 31/21
34/13 36/1 62/8 67/22
68/2 68/4 75/21 81/7
84/3 84/12 84/16 86/8
86/14 89/10 90/6
93/13 96/20 98/12

**0**
1/22
06103 [1]

**1**
29/8 34/19 38/5
10 [6]
58/3 105/5
35/3 35/16
10th [2] 19/1 69/19 70/3
11 [3]        104/8
11:29 [1] 10 16/8
12 [2]        22/17
12/2 [1]        23/13
12/2/14 [1]        18/19
12/2/2014 [2]
22/15
12/23 [1]        1/18
12180 [1] 1/3
14 [1]        12/3
14-12-2341 [1] 1/1 1/7
15 [2] 12/2 57/22
16 [2]        1/21
185 [1]        38/21
1:36 [1]

**2**
95/5
20-ounce [1] 102/11
200,000 [1] 1/3
2002 [1] 6/18 7/4
2007 [2] 6/18 6/19
2009 [3]
0/2
6/10 6/12
2010 [2] 6/14 11/10
2011 [3]
71/22 72/2
2013 [2] 8/22 12/12
2014 [10]
43/19 19 18/20
19/21 24/10 24/22
25/14 75/8 75/11 76/6
77/2 78/4 82/1 87/19
100/14 105/14 105/18
4/10 27/9
2015 [11]
29/8 36/9 38/20 39/5
39/17 57/3 57/22 58/3
82/5

**2016 [2]** 7/5
1/1
**221 [1]** 22/15
**23 [1]**      12/3 13/11
**2341 [2]**      103/23
**24,000 [1]** 15 39/17
**25 [2]**      57/3 105/7
**27 [2]**      1/12 1/18
**28 [2]**      75/8 75/11 77/2
**29 [6]** 105/14 105/17
17/4
**2nd [1]**

**3**
2/12
**3116 [1]** 12/16
**333 [1]**      12/16
**338 [1]**      12/1 12/6 13/7
**339 [3]** 105/8
**34 [1]**      18/15
**341 [1]**      21/15
**342 [1]** 13/14 13/20
**359 [3]**
17/4
16/18
**361 [1]**      27/16
**366 [1]**      28/18
**371 [1]**      28/20
**375 [1]** 34/17 34/21
**383 [1]** 40/4
34/13 34/17
**385 [1]**
34/18 35/1
**386 [2]**      40/6
**387 [1]**

**4**
80/8 89/15
**419 [2]** 105/9
**44 [1]**      75/13 83/6
**451 [2]** 105/10
**49 [1]**      50/15 61/18
**491 [2]**      50/14
**492 [1]**      4/8
**4th [1]**

**5**
59/6
**504 [1]**

**6**
105/11
**67 [1]**

**7**
105/13 105/15
**74 [2]**      105/16
**76 [1]**

**8**
94/23
**8-piece [1]**
**855 [1]**      39/18
**8:25 [1]**

**9**
1/13
**9:00 [1]** 39/5
**9:53 [1]**

**A**
1/13 39/5
**a.m. [3]**
107/12
**ability [1]** 5/23 8/2
**about [61]** 11/23 11/19

12/12 14/3 17/1 17/5
18/6 22/23 23/4 23/0
24/14 24/16 27/18
29/7 30/9 31/5 33/23
39/18 45/21 47/22
50/9 51/5 54/11 55/5
55/8 55/13 58/12
58/17 61/13 61/22
62/17 63/5 64/22 65/5
65/8 67/12 67/14
69/20 71/3 71/17
72/16 73/1 79/1/7
79/22 86/13 87/2 87/6
87/15 88/6 90/12
91/22 91/23 92/17
93/8 95/22 95/23
96/14
65/6
**above [1]**      29/18
**absolutely [5]** 52/11
30/14
**access [7]** 33/14
33/16 33/19 62/10
27/4
**according [2]**
55/18
**account [1]**      54/18
**accounting [1]** 12/16
**accurate [7]** 58/6
60/11 106/9 107/11
32/17
**accurately [1]**      29/3
**accusations [1]** 4/18
**accusing [1]**
**acknowledge [1]**
36/17
**acting [1]** 2/9 3/8
**action [2]**      47/14
**activities [1]** 12/15
**actually [16]** 25/12
25/13 30/17 34/17
35/1 50/14 50/17
61/18 64/6 82/22
84/11 99/8 100/19
17/3 68/11
**added [2]**      2/8
**addition [1]**      46/23
**Additionally [1]** 69/20
**admissions [1]** 70/23
**admit [2]**      69/22
**admitted [8]** 70/19
70/20 71/6 71/9 71/12
41/5 66/22
**advise [5]** 22 88/11
29/2 35/16
**advised [9]** 42/8 44/3
79/3 79/18 91/4
29/21
**advising [3]**
59/15
**aerosols [1]** 27/18
**affected [1]** 8/9 17/7
**after [21]** 18 25/21
26/11 27/3 28/13 29/5
36/5 36/13 36/22 38/9
39/9 43/23 65/17
67/13 69/21 70/5

12/21 73/21 82/5
35/moon [2]      7/20
4/11 4/6
**again [6]** 5/23 56/6
84/18
1/5 3/8
**against [5]** 73/12
15/1 61/20
**agree [4]** 5/11
2/5 15/3
**agreed [2]** 20/9
**aimed [1]**      59/14
**alcohol [1]** 2/6 13/6
**all [47]** 28/10 29/3 33/6
40/8 40/14 40/16 44/4
44/5 48/17 49/11
51/12 52/7 52/8 53/3
55/4 56/15 58/1 63/6
64/5 65/1 68/21 72/6
77/4 77/14 78/7 78/9
80/5 80/10 82/1 85/14
89/1 90/3 92/23 95/9
97/3 97/11 97/19 99/1
100/1 101/16 102/13
103/2 103/3
8/11
**allegation [12]** 8 21/11
22/8 22/20 22/21 23/3
66/23 74/14 74/17
41/1
**allegations [1]** 10 20/5
**alleged [7]** 29/20 30/2
74/12
31/19
**allegedly [1]** 27/17
**alleges [1]** 21/3 29/1
**alleging [2]** 35/7 37/11
**almost [2]** 10/8 10/18
**along [2]** 69/15
**already [1]** 17/8 17/3
**also [5]** 12/23 80/21
60/9
**alternatives [1]** 41/9
**Alvoid [1]** 92/23
**always [1]** 23 8/20 25/6
**am [6]** 55/15 70/4
74/15
11/9
**Amanda [2]**
74/12
**Amended [1]** 5
**among [1]**      4/16
**Amsterdam [28]** 7/6
45/7 53/20 71/21 72/2
78/4 79/18 82/3 82/5
83/17 88/12 91/11
91/23 92/8 92/15
94/19 95/6 95/21
96/15 98/16 99/12
100/1 102/16
100/10
**announced [4]** 100/18
32/1 37/12
**another [4]**
3/17 17/11
**answer [7]** 50 51/13

1/7 2/8 2/8
**41 [2]** 6/21 9/8 16/4
16/8 23/11 24/10
24/21 25/11 26/23
30/17 31/1 31/7 31/18
32/14 39/8 40/19
42/18 46/9 46/12
46/21 47/9 48/2 48/9
49/16 50/9 51/16
51/20 53/19 55/5 57/6
58/12 62/22 63/19
64/9 69/15 69/20 71/5
71/9 71/10 71/16
71/17 72/2 72/7 73/11
73/14 78/16 79/16
79/17 80/2 81/15
81/23 85/20 87/5
87/23 88/4 88/15 91/1
93/3 93/18 94/15 96/3
96/14 96/19 97/8
97/17 98/9 99/7 99/13
99/14 100/2 100/4
100/4 102/2
64/19
**anybody [1]**      22/12
**anyone [1]** 72/2 74/6
78/14 81/20 82/3
87/5 90/22 91/3
11/7
**anything [16]** 39/8
63/17 65/4 66/4 66/21
67/2 67/12 67/15
73/16 78/17 82/4 94/2
101/8
53/4
**anyways [1]**      74/8
**anywhere [1]** 39/20
**apologize [3]**

**APPEARANCES [1]**
10/23
**appears [9]** 13/11
13/17 34/18 40/7
89/15 101/11
86/14
**applicable [1]**      5/18
**application [1]** 47/9
8/16
**apply [2]**
**approached [1]** 13/14
**appropriate [5]** 4 41/8
40/1
**appropriately [1]** 5/2
**approved [2]**
6/7
**approximately [4]**
80/12 80/21
**apron [5]** 2 89/21
78/6 78/9
**Aramark [2]** 8/18 14/11
**are [54]** 4/14 21/17
21/19 28/18 44/19
44/21 51/12 51/21
55/10 55/18 57/12
57/15 60/9 63/14 64/6
64/13 66/9 66/15

**A**

are [9] 4/19 5/15 80/16
82/22 83/7 83/12
83/23 85/12 85/13
88/18 88/20 90/18
93/4 93/21 93/23 94/5
94/5 94/11 94/14
94/18 97/4 97/21
98/10 99/2 99/8
101/17 101/19 101/22
102/3 104/2

area [10] 52/15 80/10
91/17 88/23
91/17 95/2 95/6 97/9
103/16

areas [6] 80/8 96/3
91/4 97/8 98/9
58/23

argue [1]
as [119] 10/6 73/1
17/5 22/12
ask [2]
asked [11] 10/20 26/14
31/8 68/21 69/20 82/7
87/8 87/10

asking [4] 25/10 31/20

asks [1] 71/17
42/9 42/22
asset [4] 71/15

assigned [1] 26/19
assignment [1] 15/5
1/17 7/3
assistant [5] 4/15

associate [12] 37/15
1/16 76/7
76/23 77/12 83/11
84/21 89/22 101/13
105/16

associate's [1] 83/11
37/20
associates [21] 80/10
80/20 81/14 85/5
85/21 86/6 86/14 89/1
90/3 95/20 97/17
101/7 101/19 102/15
102/17 103/8 103/15

assume [6] 3/12 15/10
40/16 86/3
77/17
asterisk [1] 1/21
Asylum [1] 12/7
attachments [1] 39/7
attempted [1] 39/11
attempting [1] 9/9
attempts [1] 10/9 13/3
attention [5] 19/14
35/12 36/6
attitude [7] 38/5 73/15
73/18

attorney [1] 2/15
attorneys [4] 1/17
4/20 4/21 12/11
August [1] 1/10
authorized [2] 15/5
79/19
availability

**B**

back [22] 4/17 5/16
1/12 18/22
26/21 38/10 39/18
39/19 52/9 56/19 58/1
59/3 68/10 83/5 89/14
92/4 92/2 92/3 100/10
100/13 100/16
10/19
backup [2]
93/7
bake [1] 80/11
bakery [15] 92/19
92/20 92/22 93/1 93/2
93/3 93/5 96/22
102/15 102/17 103/8
103/16
2/9 42/14 52/2
bar [4]
76/17 77/19
based [3] 7/13
37/15
basically [4] 1/17 78/10
86/8
basis [5] 59/6 61/18
2/10 2/12 2/2
be [88] 3/10 5/13
9/23 10/7 10/18 12/1
12/7 12/6 13/17
14/17 16/21 18/2 19/4
24/3 24/6 24/23 25/2
27/2 30/3 31/2 31/10
32/22 33/22 34/1 34/4
34/18 37/8 37/9 39/22
40/7 41/15 42/7 42/19
45/10 47/1 47/15 48/5
50/10 52/5 52/8 55/3
55/23 59/20 60/3
61/15 62/3 63/2 63/9
63/12 63/12 63/16
64/13 64/19 69/13
75/16 75/17 77/17
78/12 80/4 80/10
81/22 83/1 83/9 83/10
87/3 88/21 89/16
90/14 93/13 93/15
98/2 99/5 100/19
101/3 101/18 101/19
102/10 102/11 103/8
103/13 103/23 104/1
106/8
9/21
became
9/18
because [22]

average [2]
8/19 8/20
aware [8] 35/19 46/21
74/13 74/15
51/3 54/18
away [8] 71/21 71/4
71/12 71/19 72/3

avoids [1]
86/16 86/20 93/9
94/19 95/11
76/17

**C**

C.P.L.R [2] 2/6 2/13
2/3/5
cakes [2] 9/5 28/14
call [3]
3/2 22/19
called [2] 38/9 42/16
came [6] 43/3 65/18 67/2
59/14
camp [1]

**(middle columns)**

15/11 16/15 22/20
25/22 26/17 29/13
52/7 53/5 55/3 57/19
60/18 65/5 65/22 66/6
74/2 74/8 103/4
5/5
becoming [1] 4/2 5/22
been [37] 9/10 9/17
10/5 11/18 23/9 27/13
28/14 28/15 30/14
30/23 35/7 40/1 40/17
42/15 43/9 44/15
49/23 53/20 54/15
57/7 57/17 57/18
62/6 63/6 66/23
67/19 71/18 72/3 75/3
76/22 91/4 93/3
1/9 1/13
before [22] 6/7 6/16 7/1
9/9 12/20 29/11 32/21
34/12 35/21 39/10
48/15 54/3 54/7 68/17
72/2 79/9 92/17
106/14
36/17
begin [1] 100/11
beginning [1] 1/11
begun [1] 1/2 99/18
behalf [2] 2/10 2/15
being [14] 8/10 30/19
34/22 41/21 42/20
53/4 64/10 72/8 73/21
79/19 88/6
belief [2] 6/11 8/22
102/2 107/12
believe [50] 15/20
15/23 16/15 18/1 22/5
23/1 23/21 28/19 29/4
29/11 35/18 46/12
48/1 48/9 49/16 50/7
51/16 55/23 62/18
62/20 63/22 65/14
67/1 67/9 68/2 68/3
68/4 69/15 70/13
71/12 72/3 72/21
73/5 74/1 75/18 75/20
78/15 79/21 82/10
83/2 90/13 90/21
95/20 98/16 102/14
103/7
66/20
believes [2] 10/6
bell [1] 11/6 77/5
below [2] 31/22 107/12
best [2] 5/17
better [1] 38/11
between [3] 95/2
beverages [1] 35/8
beyond [1] 1/2 3/7 8/3
BIAS [84] 6/16 18/5 20/5
20/16 22/9 22/20
22/20 23/21 24/9
24/12 24/22 25/14
25/22 29/7 29/12
29/21 30/3 31/16 32/8

**(right columns)**

35/22 37/6 38/7 38/12
41/19 41/22 42/4 42/3
44/2 46/8 47/10 47/17
48/3 48/18 50/21
50/23 51/17 52/12
52/14 53/9 54/8 55/13
55/21 56/23 57/3 58/2
58/11 58/13 58/18
58/20 59/2 60/17 61/6
62/16 63/21 64/7
64/20 65/1 65/7 66/5
66/19 67/13 69/5
69/16 69/20 70/16
71/6 73/20 74/7 76/7
82/6 82/23 83/2 84/22
11/15 17/17
Biasi's [8]
45/14 49/5 82/19
56/8
big [1] 92/21 92/21
bigger [2] 14/91 41/6
bit [2] 33/8
blank [1] 59/13
bleach [5] 77/5 77/23
blue [16] 15 80/3 80/21
81/5 85/15 87/7 88/7
88/13 90/3 90/14
90/19 90/23 91/5
79/23
board [1] 64/6
Boolukos [1] 60/8
Borst [1] 17/6 18/6
both [5] 17/17 22/2
bottom [4] 8/20 20/2 21/9
box [9] 37/14 59/18
59/19 96/11 97/6
35/13 36/7
brash [5] 2/58/6
93/6 93/7
bread [2] 68/9
brief [1] 73/20
brings [1] 93/1
broken [1] 3/8 35/19
brought [5] 65/21
39/22
bugging [1] 7/12 13/1
building [3]
85/10
bulkiness [1] 9/9 86/5
bullet [2] 95/5
bunker [1] 38/11
Burke [1] 102/19
business [1] 97/9 97/10
butcher [3]

**(far right columns)**

can [35] 6/14
34/12 41/17 53/11
53/9 53/23 57/5
60/10 60/20 61/8
64/12 64/19 64/22
64/23 71/19 72/4 72/5
72/9 72/10 73/13
79/14 80/4 80/6 84/6
84/12 84/22 94/11
94/18 96/10 97/5
48/8 49/3
can't [11] 57/7 67/15
73/16 78/16 79/16
79/23 81/15 101/8
26/16
cannot [1] 10/14 12/8
cap [3] 85/7 85/8
care [4] 56/17
career [7] 10/18 12/8
13/17 14/18 17/2
26/21 27/5 27/9 28/6
28/13 30/10 30/14
32/1 32/18 32/22
33/10 34/2 34/5 94/14
105/5 105/7
89/20
cashiers [1] 8/18 8/22
Caswell [5] 38/18 18/21
62/2 89/23
center [2] 10/9 69/1
certain [2] 107/9
certify [1] 3/11
chance [1] 15/12
change [1] 17/6 22/3
changed [4]
2/15 79/4
charge [2] 59/23 59/8
chart [7] 83/1 83/11
101/13 105/17
60/10
check [1] 93/23
cheese [3] 59/13
chemicals [1] 93/22
chicken [8] 94/21
94/23 94/23 95/1 95/1
48/11 50/23
chose [4] 48/16
Christopher [1]
chronological [1] 51/7
cigarette [2] 50/18
cigarettes [3]
circumstances [1] 32/12
cite [1] 102/8
city [1] 1/21
CityPlace [1] 19 29/1
claim [3]

**C**

claimed [2]
claims [11]  26/2 42/14
52/21  52/3 53/1
53/2 63/2 63/6 63/9
73/23
clarifying [1]  33/21
88/13 68/12
clarity [2]  13/4 82/8
clean [9]  84/1 84/2
84/6 88/18 88/21
77/23
cleaning [5]  16 90/8
3/16
clear [1]  42/16 42/21
clerk [2]  3/12
client's [1]  26/16 34/7
close [4]  43/13
25/21
closed [12]  27/9 30/6
30/13 30/14 30/20
40/10 40/15 41/7
67/10
closest [1]  47/15
25/20
closing [16]  29/7
29/22 30/4 30/7 30/15
31/3 31/6 31/15 32/2
32/14 33/23 34/4
38/13
closure [15]  26/1 26/17
31/10 32/2
clothing [3]  75/15
89/21
Club [1]  3/23 4/15 4/16
co [11]  4/19 6/8 13/21
15/11 15/13 48/16
52/15
3/23
co-manager [9]  9/19
6/8 13/21 15/13 48/16
co-managers [1]
52/15
co-workers [1]  44/16
coaching [14]  44/23
45/1 45/3 45/10 45/13
46/1 46/9 46/18 55/22
73/14 105/9
45/18
coachings [4]  46/21
80/13 80/22
coat [6]  6/13 89/22
89/23
code [13]  42/14 52/2
75/10
76/23 78/21 79/1
88/21 100/7 101/12
105/13 105/16
95/14
coffee [1]  16/16
coincide [1]  44/10
collective [1]  77/1
Columbia [3]
89/17
column [1]

comed [7]  97/6 97/22
102/5
94/9 96/17
comes [4]  6/11 9/19
29/18
comfortable [2]
29/18
coming [6]  100/10
100/13 100/15
1/13
commencing [1]  5/14
comment [15]
commented [11/6 22/22
21/14
comments [5]  15
57/15
53/9
committed [1]  53/1
common [2]
communications [2]
43/4
compacted [3]  57/5
60/21 61/8
48/7
compactor [1]  56/5
company [11]  6/2
99/16 100/13 100/21
100/22 101/1 101/3
101/4
83/9
company's [4]  89/8
company-issued [1]
company-wide [3]  1
18/14
complainant [1]  18/6
complained [1]  37/14
complainer [1]  35/23
complaining [2]
7/6 8/2
complaint [33]  13
11/15 13/9 13/22 14/1
14/8 14/15 17/21 19/3
24/17 25/19 29/7
29/22 30/4 30/21
32/11 34/1 36/5 36/13
36/22 36/23 37/9
38/13 41/5 41/12
65/16 74/8 74/12
37/13
complaints [2]
45/18
complete [1]  15/20
completed [4]  3
66/15
completely [1]  42/6
compliance [8]  45/8
45/11 56/3 57/8
45/22
complies [1]  59/21
compressed [1]  8
concern [9]  58/12 66/5
66/20 67/13 73/20
28/23
concerned [2]
26/12
concerns [6]

**D**

daily [5]  63/8 85/9
85/17 85/18
51/13
damaged [1]  5/2
Daniel [1]  54/23
Danielle [3]
4/5 4/8 9/5
date [24]  15 24/9 27/2
28/6 29/8 30/8 32/3
38/5 38/23 57/1 57/21
58/7 75/7 77/2 82/1
88/13 100/18 105/14
105/17 107/15
97/22 97/22
dates [2]  48/17
Davey [1]  7/14 39/10
day [11]  81/11 81/6 87/10
87/17 87/21 88/6
88/15 106/15
5/16 9/10
days [3]
13/8 23/23
dealing [3]
8/21
December [12]  14 17/5
18/7 19/21 21/2 21/5
24/10 24/22 25/14
December 16 [1]
17/5
December 22 [1]
decide [1]

decided [2]  44/9
44/2
decision [5]  69/11
73/23
2/12
deemed [1]  67/20
Defendant's [2]
1/8
Defendants [3]
89/4 94/7
Define [3]
85/16
defined [1]  31/8
definitely [2]
86/10
definition [1]  23/7
defrost [1]  39/21
delayed [1]  16/5
delegated [1]  91/17
deli [18]  92/20 92/21
92/21 93/1 93/2 93/3
93/12 94/19 95/20
96/22 102/15 102/17
102/21 103/8 103/16
93/2
deli/bakery [1]  23/11
demand [2]
89/21
demo [1]  92/11
department [1]  72/17
departure [1]  2/10
deposition [11]  73/12
17/18 49/6 49/9 70/14
70/16 71/13
2/7
Depositions [1]  22/14
Des [3]
7/10
describe [1]  94/16
description [2]
78/23 79/2
Desiree [4]
13/13 13/14
detail [5]  5/19 32/2
10/18 12/9
details [11]  32/22
33/18 34/2 34/5 41/14
105/5 105/7
determination [5]
61/10 61/12 64/2
48/6
determine [4]  9
44/5
determined [3]
4/12 5/10 5/18
did [73]  6/20 6/22 6/23
8/1 16/16 18/13 22/10
23/16 26/2 26/3 26/5
26/18 29/19 30/1 31/4
31/13 35/22 37/14
37/19 37/22 39/6 41/2
42/3 42/23 46/18
47/17 47/19 48/6 48/9
49/6 50/21 52/19
54/10 55/13 56/10

decided [2]
decision [5]
Columbia [3]

**D**

D [1]
dig [2] 33/23 59/2 64/9 65/1 65/7 66/4 66/21 67/4 67/6 67/9 68/1 70/16 70/23 72/19 73/22 76/12 78/4 78/14 78/17 81/16 82/22 83/18 87/5 87/23 88/11 89/2 89/9 92/9 99/13 100/2 11/16
didn't [14] 15/13 20/9 23/2 65/12 65/13 65/18 65/20 67/2 71/2 12/18
different [5] 19/3 99/5 73/2
dig [1] 11/13
digits [1] 10/8 57/7
direct [5] 62/3 89/14 13/2
directed [4] 87/3 7/13 7/14
direction [5] 4/2 23/18
directly [1] 69/1
directs [1] 60/23
disagree [4] 92/16
discipline [4] 1/21 54/16
disciplined [4] 69/3
discussed [1] 25/4
discussing [1] 68/8
discussion [1] 58/11
discussions [1] 4/10
disposal [3] 47/22
dispose [7] 51/4 52/10 60/20 61/7 42/15
disposed [8] 49/17 50/11 56/7 61/15 62/21 50/6
disposing [5] 6/17 71/6 77/1
District [3] 35/17 80/9
division [2]
do [140] 10/7
document [22] 22/5 23/8 30/7 30/15 31/13 31/23 32/5 32/21 33/8 34/4 56/22 75/4 80/7 85/23 86/3 86/19 105/15
documentation [8] 23/2 27/4 31/18 33/23 105/6 25/10
documented [2] 26/1 33/9
documents [5]

40/16 67/22 74/15 105/2
does [23] 15/7 17/7 36/3 45/14 59/10 60/22 62/11 72/11 77/8 77/10 77/15 78/7 84/21 86/19 91/4 92/5 92/7 98/6 98/18 99/21 21/20
doesn't [8] 10/9 61/14 84/11 86/23 102/7
doing [2] 62/12 70/19 3/15 3/19
don't [78] 11/15 11/17 12/13 14/5 14/6 14/9 17/15 22/4 24/6 24/14 24/24 26/7 26/22 29/10 30/8 31/7 31/18 31/23 32/3 32/19 33/3 35/18 35/19 36/20 38/8 41/13 43/8 43/11 43/15 43/16 47/12 49/3 49/9 49/15 51/20 52/22 53/23 54/22 55/2 55/3 55/11 55/16 55/17 63/22 68/2 68/3 68/4 71/14 72/13 72/15 73/5 75/20 76/4 76/16 78/15 81/15 85/16 86/2 87/21 89/10 90/20 91/4 91/6 97/10 98/14 99/10 99/10 99/23 100/17 101/11 102/1 102/2 102/12 102/18 7/16 18/20
done [8] 75/14 74/3 80/18 97/23 104/6 38/2 64/17
door [9] 64/14 64/20 65/7 66/2 70/18 71/13 58/14
doored [1] 1/13
DOROTHEA [3] 3/20 5/11
down [15] 11/8 19/22 21/1 21/5 43/3 43/20 48/7 52/6 54/3 54/5 55/1 93/1 54/3 54/5
drain [4] 9/15
draw [2] 16/18 27/6 75/5 75/10
dress [10] 21 79/1 88/20 100/6 101/2 105/13 105/6 88/13 88/15
drop [2] 85/9
dry [1] 16/7 85/10
due [2] 3/3
duly [1] 54/4 55/1
dumped [2] 54/2
dumping [1] 1/6 1/10
DUNPHY [9] 14/19 68/15 104/7 106/12

40/16 67/22 74/15
during [10] 11/16 43/2 71/3 71/13 76/3 83/8 7/10 32/14
duties [2] 7/13 66/12
duty [2]

**E**

E-cigarette [2] 51/7 58/4
E.J [4] 21/3 22/9 27/18
E.J.'s [1] 16/16 18/10
each [6] 18/9 59/18 79/3
EARLENE [26] 1/6 6/7 19/9 19/10 19/23 20/4 20/9 20/20 22/21 32/8 33/13 35/9 36/1 40/22 72/11 72/19 73/3 73/6 73/8 73/12 73/15 73/17 74/2 74/3 65/14
earlier [1] 15/22
early [1] 62/8
easier [1] 6/6 6/12 6/13
East [5] 6/1 62/14
easy [1] 95/7
eat [1] 50/3
EC03 [1] 75/7 77/1
effective [4] 1/17
eight [2] 91/13 102/4
eighty [6] 16/8 103/14 103/22
either [3] 57/17 64/9
electronic [2] 32/15
else [3] 67/12 81/20
email [16] 35/3 35/8 35/17 38/22 39/2 39/7 39/21 39/22 40/7 41/4 58/3 58/4 28/5 28/13
emailed [2] 28/18 28/21
emails [4] 58/23
emotional [1] 96/16
employee [4] 100/3 53/19
employees [25] 78/18 79/18 80/3 80/5 81/18 84/2 88/11 88/18 88/23 89/19 91/7 91/11 92/14 96/19 98/19 99/18 102/9 103/9 103/22 103/23 104/2 46/3 85/13
employment [3]
encouraged [1]

11/16 43/2
end [1] 1/20
enough [4] 16/10 30/10
entered [1] 10/7 62/11
entire [4] 12/9 16/23
entry [1] 9/8 45/11 45/15 56/3 57/8 65/19 1/19 1/22 26/11
environmental [9]
ESQ [2]
essentially [3] 56/23 28/10
estimate [2] 9/20 10/14
ethics [17] 14/1 15/17 16/22 18/3 19/6 20/12 29/13 30/21 33/23 38/23 40/17 66/22 105/5 11/16 81/12
even [3] 7/20
evening [1] 7/5
events [1] 41/11 43/16 51/15 62/21 72/3 72/8 74/6 82/19 87/8 87/10 98/6 99/13 7/20 37/11 7/7 79/13 81/6 101/2 101/2 101/4 86/17
every [9]
everybody [1] 3/20
everything [10] 56/14 62/6 63/8 79/22 83/2 93/8 48/2
evidence [2] 4/8 9/5 32/3
exact [1] 41/14 49/3
exactly [2] 1/9
examination [6] 104/7 2/10
examined [3] 28/18 63/15
example [8] 89/18 96/10 97/8 97/21 47/5
examples [3] 77/4
except [1] 50/17
excluding [3] 69/8
execution [1] 10/2 10/6
exhibit [29] 31/14 32/6 32/21 34/9 34/12 34/14 41/16 41/17 44/12 44/16 49/20 49/23 56/20 56/21
employment [3]

20/1
ENG [8] 40/11 41/6 76/8 76/19 76/22 20/4 58/1 67/16 67/20 68/1 75/4 76/15 76/22 83/5 89/15 101/11
exhibits [4] 67/7 41/18 42/1 45/14 105/1
exit [11] 57/19 57/2 57/19 64/7 64/14 64/16 71/15 105/8 83/12
expected [2] 83/9
expense [3] 97/22
expiration [1] 48/17
explained [2] 17/6
explanation [1] 5/19
explored [1]
express [3] 97/21
extent [1] 85/9
extra [1]

**F**

fact [11] 16/6 23/12 7/7 53/16 56/5 60/9 61/1 65/1 65/8 65/16
factors [3] 53/14 25/16 44/4
facts [7] 51/19 51/20 56/15 62/22 2/8 2/11
failure [2] 10/10 10/20
fair [12] 4/22 19/8 26/13 36/21 38/5 38/13 65/13 65/18 100/23 102/2
faith [1] 59/19 86/5
fall [2] 53/3
falls [1] 44/19
familiar [2] 3/13
familiarity [1]
family [1] 4/23 23/13
far [15] 8/19 53/7 63/4 75/12 76/6 81/13 82/2 83/18 90/9 99/1 99/4 100/6 101/7 82/7 82/10
father [3] 33/10
fax [1] 28/8
February [11] 11/3 35/16 38/5 38/20 39/1 57/22 58/3 100/16 47/13
federal [2] 29/17 67/2
feel [3] 22/4 31/13
feelings [4] 16/15 22/2 65/8
felt [4] 9/10 9/11 9/11
few [4]

**F**

few... [1] 75/6 105/14
Field [1] 6/8 92/14
fifteen [3] 95/22
figured [1] 5/16 91/8
file [1] 55/10
files [1] 2/13
filing [1] 33/9 33/10
fill [3] 41/2
filled [3] 17/20 18/1
financially [1] 54/19 25/8
find [6] 32/1 43/1 72/19
findings [2] 21/17
fine [2] 9/6 102/13 1/9 3/7
FINN [2] 57/1 66/20
fired [2] 3/2 5/8 5/21
first [30] 8/16 9/7 10/22 11/10 11/21 19/2 20/3 21/17 22/9 25/9 27/15 28/3 32/5 34/23 35/6 35/8 37/9 44/22 56/13 59/7 62/20 67/21 78/20 79/11 105/12
fish [1] 94/22 103/7 103/11
five [3] 51/3
flagged [1] 59/21
flammable [2] 100/12
Florida [1] 44/3
fluid [1] 59/13
fluorescent [1]
focus [1] 39/6 39/10
follow [10] 40/14 40/19 41/8 48/11 56/6 88/20
follow-up [6] 39/10 40/19 41/8
followed [7] 16/5 45/6 52/16 83/16 83/21
following [5] 36/16 38/8 90/18
follows [2] 3/4 101/4 8/23 80/8
food [15] 88/7 88/11 88/23 93/13 93/15 93/16 94/10 95/18 96/4 96/17 96/19 98/11 99/3
forecast [1] 102/21 102/20
forecasted [1] 70/6
foregoing [3]
form [2] 19/4 37/12 67/6
formal [1] 7/15
formulate [1] 39/10 39/18
forth [2]

forwards [2]
found [2] 14/3 47/1
founded [2] 16/12
fountain [1] 95/11 10/5 9/9 11/23
four [5] 95/8
fourteen [1] 6/7 95/15
frame [1] 31/18
Frankly [1]
free [1] 93/8
freezer [1] 80/8 80/10
fresh [4] 94/11
Friday [1] 1/10 94/23
fried [1] 73/3 73/6
friends [2] 10/13 94/10
front [2] 96/1
frozen [1] 21/5
FT [1] 59/14
fuel [1] 76/14 77/6
full [7] 76/15 101/6 101/17 102/23 103/2
full-time [6] 76/14 101/6 101/17 103/2
full-time/part-time [1] 2/15
furnished [1] 23/14 39/12
further [2]

**G**

garbage [3] 47/18
garment [1] 80/12 46/22
gas [1] 7/13 23/10
gave [3] 7/11 8/1
general [4] 95/23 14/7
generic [1] 10/9
generically [1] 64/10
gentlemen [1] 23/16 7/15
get [26] 23/8 39/19 42/3 51/23 55/21 56/14 58/22 65/20 68/1 71/3 74/2 74/5 79/4 79/9 79/10 79/14 85/19 94/4 94/22 96/11 98/6 103/15
gets [6] 32/17 35/12 41/5 58/5 90/23
getting [8] 15/16 36/6 36/9 36/14 37/1 58/5 74/8 7/22 17/13
give [8] 40/14 65/12 82/14 88/16 91/10 15/4 25/23
given [17] 37/5 37/7 38/9 49/11 52/4 57/7 60/10 78/9 80/3 99/8 99/14 100/4 101/18 101/19

gives [4] 29/13
giving [2] 3/23 4/2
Glenville [16] 4/21 90/17 90/22 91/4 91/7 91/14 91/18 91/21 95/17 95/23 102/17
go [19] 38/23 40/17 32/15 39/14 61/3 62/12 74/22 78/22 78/23 82/14 89/19 93/17 94/4 95/9 96/10 96/12 100/12
goes [1] 52/10 55/21
going [5] 89/1 89/11 46/19
gone [1] 3/6 8/10
good [9] 35/2 73/8 73/9 79/8 102/2 103/9
got [14] 5/21 11/10 14/5 14/6 28/2 29/4 29/20 30/1 44/4 44/5 77/9
Gotcha [1] 27/23 28/11
gotten [4] 38/18 89/18 89/19
green [2] 6/6
Greenbush [5] 5/6 6/19 11/9
Grimm [2] 93/19 96/7
grocery [3] 39/11
gross [1] 3/14 31/8
ground [2] 10/22 15/16
guess [8] 3/3 76/3 96/23 100/17 102/11
guessing [1] 27/2 15/20
guidelines [6] 47/14 75/5 105/13
gum [2] 51/6 51/18 74/4
guys [1] 42/9 42/11
Gwen [7] 93/11 56/13 66/16 69/13

**H**

Hacker [2] 1/11 4/4
had [96] 9/10 9/10 10/16 10/17 11/15 12/20 13/2 15/11 15/21 16/23 17/6 24/8 24/11 24/12 25/13 26/4 26/19 29/6 29/11 30/2 30/2 30/5 30/5 30/7 30/15 30/16 30/23 31/5 31/10 31/12 31/5 31/19 33/12 33/14 34/19 37/10 38/6 38/6 39/7

47/5 39/12 40/17 40/20
42/15 43/3 46/8 46/13
59/12 105/9
46/9 46/22 48/15
49/13 50/4 51/21
52/16 54/20 54/20
56/2 56/12 57/18 58/2
58/4 58/15 58/18
60/7 61/6
62/6 62/21 63/22
64/1 64/1 64/6 66/23
67/1 68/21 70/18
71/16 72/2 73/17 78/6
78/22 79/9 81/12
81/14 82/7 83/18
85/20 103/2 103/3
103/21
hair [1] 59/14 78/23 93/16
hand [2] 51/1
handheld [10] 60/1 61/3 62/1 62/3 62/7 62/10 98/3
handle [4] 64/14 9/19 96/23 40/1
handled [1] 33/11
handler [1] 26/3 26/18
happen [3]
happened [4] 24/2 37/16
happy [2] 8/12
harassment [14] 18/11 20/6 24/17 25/19 35/10 36/23 65/16 66/7 66/15 73/22
hard [2] 48/5 74/5
harder [1] 1/22
Hartford [1] 5/5 10/11
has [33] 19/16 24/20 27/13 27/16 30/7 30/14 32/2 35/7 37/10 37/12 39/23 40/9 40/14 43/9 44/15 49/23 54/5 61/11 62/10 62/2 67/19 75/3 75/7 77/1 82/1 91/4 96/11 98/1 98/16 102/7
have [122] 1/11 1/17 3/2 62/4
having [3] 57/6
HAZ [1] 42/6
hazardous [31] 9/9 47/18 47/19 47/22 48/19 48/23 49/8 49/10 49/13 49/17 50/5 50/6 51/4 52/4 53/3 53/8 53/21 56/7 59/9 60/11 60/14 60/18 61/1 61/4 61/5 61/7 66/17 105/10 54/16
HAZMAT [1]

he [141] 17/14 22/14 16/9 26/18 62/12 82/12 46/11 63/3
head [2] 106/8 70/16
heading [2]
hear [1] 8/14 35/11
heard [4] 8/8 16
hearing [3] 4/8 85/10
heat [1] 98/11
heated [1] 31/10 48/16
heavy [1]
held [2] 27/7
help [1] 24/21 31/8
her [11] 36/9 36/9 53/3 72/17 79/9 79/10 92/10
here [24] 14/22 16/23 17/19 19/13 19/20 21/2 24/23 25/10 26/7 26/9 26/22 32/1 36/3 47/12 49/5 60/12 61/16 66/9 67/5 70/4 83/23 101/12 101/21
hereby [3] 2/5 106/8
herein [1] 3/2 106/8
hereof [1] 2/5
hereto [1] 78/15
herself [1] 9/5 9/19
Hi [1]
him [31] 21/19 24/2 26/4 26/15 26/20 29/5 29/11 29/21 30/3 30/23 37/10 37/14 37/15 37/22 39/9 39/12 39/13 40/8 41/5 43/20 46/17 51/2 51/22 62/14 66/1 71/15 73/21 82/14 14/6
himself [10] 19/21 20/18 20/19 21/4 21/18 22/22 23/4 102/22
hire [1] 8/14 9/18
his [46] 23/13 23/13 23/17 23/20 23/21 24/1 29/1 29/7 29/22 36/13 37/8 37/10 37/11 41/12 45/15 48/5 48/6 49/9 52/13 52/14 53/10 54/21 56/17 58/12 59/2 61/10 62/1 64/1 65/17 70/14 71/13 71/13 71/15 73/23 82/7 82/10 84/22 37/5 37/7
history [2]

**H**

home [1] 94/2 94/14

hot [3]

hotline [10] 9/20
15/17 16/22 19/6
20/13 29/13 105/5
9/18 75/6

hourly [3]

hours [9] 5/13 9/11
102/20 102/21 102/23
103/5

how [47] 4/2 5/1 5/7
14/3 14/6 14/23 15/15
36/16 36/18 42/10
47/22 48/18 49/10
50/10 56/10 60/3
60/10 61/4 63/1
72/9 76/12 77/9
77/11 78/6 79/6 82/8
85/16 87/1 91/7 91/11
91/20 91/23 95/20
95/23 99/8 99/10
99/13 101/22 102/3
102/5 102/9 103/1
104/2

huge [1] 56/3 35/2

huh [1] 9/3 9/16

hundred [3] 41/13 41/3
91/9 91/13 102/12
102/21 102/23 103/22
103/22

**I**

I'll [5] 10/5 16/18 26/8
44/15

I'm [40] 6/18 9/3 9/15
13/3 13/4 14/6 14/14
20/1 24/23 25/10
29/10 31/20 36/18
36/9 36/21 39/13
41/2 41/13 46/14
50/15 54/9 54/10
73/1 74/11 75/3 75/23
79/5 86/2 88/2 88/2
89/11 96/14 96/23
104/6

I've [2] 39/12 93/3
51/7 85/8

i.e [2] 95/4

iced [4] 105/3

IDENT [1] 10/3

identification [8] 3/3
49/21 67/1 75/1
76/20

identified [3] 55/6

identify [2] 31/14

immediate [4] 47/2
4/7 50/3 54/14

immediately [2]
53/20 73/22

impact [1]

implemented [4] 16/16
100/19

important [4] 3/14
69/12 69/14 69/21

improperly [5] 50/5
55/17 71/6

improvement [4]
105/9

inappropriately [1]
1/6

INC [1]

incident [11] 12/17
19/20 20/17
20/19 22/13 23/23
24/3 24/12 24/13
71/11

incidents [5] 20/5
19/6 55/9
89/9

include [1] 3/9 22/2

included [2] 45/9

includes [1] 2/7 42/7

including [7] 18/20
89/18 105/5

incorporated [1] 34/1
55/8

incorrect [1] 49/12

incorrectly [3]

independent [1]
105/1

INDEX [1]

indicate [1] 63/10
90/2

indicated [1] 8/18

indicates [3]

individual [7] 12/8
79/19 72/8
79/3 79/7

individually [1] 1/2
3/9

individuals [6] 69/4
69/10 98/10

information [15]
18/16 19/2 20/12
20/16 32/16 32/16
42/10 42/22 55/5 55/8
61/21 105/6

informed [1] 64/11
42/6

infraction [8] 53/13
55/17 64/3 65/19
69/18

infractions [2]
13/21 18/16

initial [13] 19/17 20/3
21/8 21/11 22/1 22/8
22/8 22/16 65/17
65/18

initially [3] 87/21

initiated [1]

initiator [1]
59/14

insect [1] 96/11 98/19

inside [2] 52/17

instance [1] 51/12

instances [2]

intense [1] 56/2
58/23

intensely [3] 45/5 48/6

intent [2] 48/3

intentionally [3]
64/9

interaction [4] 11/9

interest [1] 35/22

interpret [6] 86/11 37/3
87/1

interpreting [1]
36/18

Interrogatories [2]

Interrogatory [1]
41/18

interview [4] 1/9 57/2
57/20 64/7 64/14
64/16 71/15 105/8

interviewed [4] 14/17
86/15

interviewee [1] 22/15
24/18

interviewer [1] 66/5

investigate [2]

investigating [2] 15/6

investigation [37] 4/22
14/20 15/1 15/2 15/16
16/3 16/11 18/3 21/14
24/6 26/1 26/13
26/14 26/16 27/17
27/19 28/7 29/2 30/23
31/2 33/13 39/23
40/9 40/15 42/5 43/1
43/2 44/1 48/3 56/12
56/13 67/4 67/11 69/7

investigations [3]
11/18

involved [33] 14/15
14/20 15/2 22/7 27/23
28/2 28/11 28/12
28/15 29/20 30/1 32/6
32/9 32/12 32/13
40/20 41/21 41/23
42/2 42/3 51/17 51/17
55/9 63/2 66/16 69/5
69/6 69/6 69/7 98/10
11/14

involvement [3]
32/7

involves [2]
12/2

involving [8] 20/19
29/1 30/22 37/3 73/15
85/9

ironing [1]

is [172] 19/8 20/6

isn't [14]

initiator [1] 57/17

**J**

jackets [1] 54/12 54/15

James [3] 16/8 27/9
72/2

January [5] 16/8
57/3

January 12 [1] 57/3

January 27 [1] 71/22

January of [2]
57/17 57/19

Jason [6] 23 64/5
71/15

job [6] 9/2 74/3
17/2 17/3

Joe [1] 29/6 37/8 39/7
39/22

Jones [2] 1/1 1/17
1/2 3/7

JOSEPH [78] 16 17/17
19/8 19/13 19/22 20/5
20/16 21/2 21/6 22/9
22/20 22/20 24/9
24/11 24/12 24/22
25/14 25/22 26/11
27/16 29/12 29/21

it [312] 7/19 12/17
it's [42] 17/12 19/20
23/1 26/7 26/8 31/23
32/2 36/17 41/7 43/6
44/16 46/6 47/11
47/12 50/12 53/4
57/14 60/12 60/13
61/4 61/4 70/3 75/19
75/20 76/2 79/2 79/21
85/16 86/3 89/1 89/17
90/4 90/21 93/9 94/15
95/9 96/2 98/1 102/20
42/15 42/16

item [29] 42/17 42/20
43/1 43/3 49/12 50/23
51/2 51/22 52/1 52/2
52/4 52/6 53/5 60/3
63/11 75/15 77/18
85/15 89/3 90/5 90/15
93/19 94/16 94/17
42/9 49/11

items [29] 80/15 85/4
85/7 85/8 85/12 85/14
85/17 88/1 89/6 89/8
89/16 90/1 90/2
90/14 93/6 93/22
93/23 94/5 94/10
94/14 94/19 95/9
95/18 95/19 96/8
55/17 98/11

its [2] 42/17

itself [1]

**K**

keep [5] 24/18 83/12
78/13 99/21

keeps [2] 99/7 99/17
83/1 52/20

kept [3] 13/12 15/22

king [7] 18/15 38/16
40/23 53/2

knew [7] 42/5 48/10
10 52/19
71/3 71/3

know [107] 3/11 3/16
8/13 9/3
9/5 9/11 9/12 9/15
11/11 11/17 14/3 14/5
14/6 16/10 16/13
16/20 17/15 18/13
22/1 22/4 22/12 23/6
23/10 24/7 24/14
24/14 24/20 26/6 26/7
26/7 30/13 32/19
35/19 38/8 40/13
40/19 40/21 40/22
41/11 41/13 42/10
43/9 43/11 44/20 46/8
46/11 47/12 49/3
49/10 49/15 50/8

issue [2] 75/15 76/12
issued [5] 27/15 76/12
18 83/10

Joseph Biasi [1]
30/22

Joseph's [1] 4/9 5/22

July [4] 82/5

July of [1] 62/6 13

June [2] 3/15 4/4 5/14
10/22 13/4

just [49] 5/22 6/13
15/13 16/5 17/12 19/9
20/18 21/18 25/2 25/8
26/14 27/2 28/14
29/17 36/9 36/11
36/17 38/15 39/21
41/7 53/17 54/19
55/16 56/6 58/23
59/17 61/3 62/6 63/17
65/12 68/5 68/12 74/1
75/19 88/9 88/16
90/11 93/18 94/15
96/10 97/20 98/23
100/20 102/7

justified [1] 44/7

justify [2] 66/9 67/2

**K**

know [52]
74/21 89/14 52/22
53/23 54/15 55/2 55/3
55/11 55/13 55/16
55/16 57/15 58/2
59/22 63/1 63/19 65/5
71/5 71/14 72/15 75/4
75/12 78/15 79/6
79/17 79/22 80/2
81/13 81/15 81/21
82/8 85/16 86/2 89/10
90/22 91/1 91/3 91/6
93/22 99/1 99/4 99/7
99/10 99/10 99/16
99/23 100/6 101/7
101/22 102/12 102/12
102/18
26/12
knowing [1] 41/2
knowledge [5]
81/17 82/18
30/9 45/18
known [2] 5/17
knows [1] 63/21
Konwisarz [1]

**L**
89/22 89/23
lab [2] 37/20 60/5
label [2] 94/15
labeled [1] 11/7
laid [1] 91/15 91/16
larger [1] 3/12 35/8
last [5] 62/23 68/14
58/8
later [1] 82/12
launder [3]
78/10
laundered [13] 79/4
80/15 81/13 81/14
84/12 84/23 85/12
90/23 91/5 100/3
75/14
laundering [11] 85/3
85/11 85/14 85/22
86/11 89/5 90/19
99/19
launders [1] 80/4
laundry [13] 84/12
85/9 86/8 86/13 86/16
86/20 87/3 87/6 87/23
88/14
47/17
law [1] 72/22
lawyer [1] 53/9
leading [1] 51/7 51/11
leaking [4] 11/8
29/19
learn [1] 8/2 9/7
learned [2] 9/2
lease [1] 101/16
least [1] 33/17
leaves [1] 23/23 69/2
led [2] 23/23 61/11
left [3]
5/13 5/23
less [4] 103/5
3/15
let [1]

Let's [2] 16/4 33/17
let's [6] 39/18 47/21 46/9
74/9
45/9
levels [1] 11/12
lied [1] 98/2 98/3
life [2] 12/6 13/13
like [35] 22/3 22/9 24/10
29/3 37/19 37/20
38/10 38/19 39/1
39/17 56/15 59/12
59/16 64/5 66/8 72/1
76/7 84/7 84/8 84/21
87/11 93/18 94/12
94/15 95/5 96/2 96/7
96/18 97/1 97/8 98/8
99/19
19/9 20/18
likes [4] 22/22
81/12
likewise [1] 47/7 47/11
limited [2] 38/11 39/1
Linda [4] 61/9
6/9 29/10 35/6
line [19] 38/14 38/20
54/9 55/16 86/10
85/2 89/7
linen [2] 51/7 59/13
liquid [2] 59/21
liquids [1] 11/5
list [1] 14/11 14/19
listed [10] 14 32/9
47/12 50/12 77/4
80/12 83/10
62/6
listen [1] 60/4
lists [1] 5/15 56/14
little [3]
1/12 1/17 1/20
LLP [3] 85/10
loads [1] 47/13 47/16
local [2] 4/22
located [1] 2/5 5/7
long [8] 11/11 39/19
56/10
18/15 28/6
look [16] 38/6 41/6
50/14 55/16 56/19
58/1 59/5 66/14 68/14
69/19 83/5 89/15
101/10
55/20
looked [1] 10/22
looking [6] 64/1 65/20
70/4 80/7
12/5 13/13
looks [9] 38/10
38/19 39/1 39/17 64/5
51/6 51/17
loose [2] 1/21
lot [1] 51/6
lozenge [1] 4/16
lube [1]

**M**
93/23
macaroni [2]

made [19] 19/3 21/7
22/10 28/14 34/10
36/23 37/12 53/12
55/12 57/21 62/18
64/1 65/16 66/23
73/12
100/2
maintain [1] 99/17
maintains [1] 13/4
make [19] 61/1 62/8
62/14 68/5 74/8 83/18
32/11
makes [1] 21/3 22/21
making [2] 60/4
managed [1] 4/17
management [7] 10
59/5 59/8 81/21
3/23
manager [47] 5/4 5/7
5/11 5/11 5/19 6/8
6/17 7/9 7/11 8/1 9/19
9/22 11/3 11/9 12/7
13/21 15/7 15/10
15/12 15/13 15/21
18/22 32/15 36/22
42/9 42/22 44/1 44/3
48/16 54/2 57/14
66/10 66/16 66/19
78/14 78/22 87/4
87/10 92/12 99/12
100/2 103/19 104/2
7/14
managers [8] 4/7
64/13 64/15 100/12
100/21
102/19
managing [4] 15/1 76/12
many [16] 78/16 91/7
91/11 91/20 95/20
99/8 99/13 101/22
102/3 102/9 103/1
104/2
39/5 39/17
March [2] 74/21
mark [1] 10/2 10/5
marked [15] 34/9
44/12 44/15 49/20
49/23 67/16 67/19
74/23 75/3 76/19
76/22
89/21
markets [1] 1/6 3/8 4/1
MART [53]
4/23 5/2
6/2 6/6 6/16 6/18 6/20
7/2 7/6 10/11 13/12
17/22 33/1 33/22 38/3
47/21 52/9 52/20
53/20 63/4 66/13
70/23 71/18 71/21
72/12 75/5 78/5 83/16
88/12 89/18 90/4 92/8
92/15 92/23 96/3
96/15 96/15 96/16
98/9 98/16 98/22 99/7
99/16 100/6 104/2
105/5 105/13

Mart's [2] 6/3 6/21
Marx [1] 72/6 94/7
94/20
mashed [1] 13/18 16/16
match [3]
47/18
material [5] 49/10 56/7
46/19
materials [8] 49/13
49/17 50/6 51/11 53/4
56/16
10/9
matters [1] 10/17 18
may [11] 23/23 28/11 46/2
47/2 47/6 57/7 62/1
77/19
5/17 11/13
maybe [17] 82/9 92/4
102/11 103/21
1/20
MCCARTER [1] 11/6 8/9
me [29] 12/17/13 26/19
28/5 28/13 28/16
28/21 29/8 31/10
32/12 37/17 39/21
48/5 53/7 60/1 61/4
61/4 65/4 65/6 70/9
71/3 87/8 89/4
106/14 107/10
17/12 32/19
mean [29] 45/2 45/16
49/5 55/17 62/2 63/18
63/19 66/8 69/6 71/9
76/3 84/5 97/1 97/20
99/4 99/19
40/13
meant [1] 80/11 97/9
meat [8] 47/15 97/18
98/4 98/5 98/6
92/5 92/13
Mecca [2] 65/8 66/2
meeting [4] 66/20
80/2 80/5
memo [2] 69/4
memory [1] 21/20
mention [3]
5/4
mentioned [10] 12/20
13/21 15/22 33/12
64/1 85/20
94/10
menu [1]
merchandising [1]
14/10
Michael [22] 19/10
19/14 19/19 19/21
20/20 21/4 21/20 22/6
22/12 23/2 23/7 23/23
24/2 24/4 24/9 24/11
24/13 24/22 25/14
63/16 71/16
might [3]
17/3 32/7
Mike [3]
39/11
misconduct [2]

misunderstood [1]
94/15
modulars [1]
MONTGOMERY [1]
5/23 100/4
month [2] 63/7
monthly [1] 6/8
months [1] 1/22
MOORE [1] 4/7 55/8
more [14] 3/4
3/6 3/10
morning [3]
3/14 7/5 96/6
most [4]
93/7
mostly [1] 2/9
motion [1] 54/5 54/10
motor [4] 5
2/8 4/12
move [10] 3/3 21/13
34/12 34/12 45/20
74/11 75/13
3/6 13/22
Ms. [26] 18/5 23/21
35/22 38/12 38/19
59/2 60/17 65/1 68/14
69/20 71/5 82/6 82/18
8/22 11/15
Ms. [18] 18/5 23/11
23/16 51/17 55/21
58/11 58/13 58/16
58/20 61/6 64/10 65/7
69/16 70/16 82/23
51/7
Ms. Biasi [12] 58/13
58/16 58/20 61/6
64/10 65/7 77/20
70/16 82/23
11/15
Ms. Biasi's [2]
8/22
Ms. Caswell [2]
18/5
Ms. White [2]
5/15 90/20
much [3]
1/13
MULLEN [3]
39/9
multiple [2]
103/14
multiply [1] 1/12 1/17
Murphy [2] 2/9 51/3
must [5] 1/6 86/6
3/6 3/12 3/15
my [35] 7/12 7/14
7/15 14/22 18/12
19/11 19/15 19/23
20/21 21/6 30/5 31/2
31/13 32/2 35/7 37/20
41/2 42/9 44/3 46/11
48/16 49/15 63/3 76/8
87/10 93/21 97/4
102/11 106/6 107/12
35/10 44/11
myself [3]

**N**

name [17] 1/22 55/4 59/10 92/5

named [2] 54/1 3/13 84/1 100/23

names [1] 14/16

neat [2] 39/20 45/10

need [3] 14/17 4/3

needed [3] 98/2

needs [1] 25/23

neighborhood [1] 1/1 1/12 1/15

never [1] 11/12 40/9

new [30] 31/11 75/6 77/1 79/1 82/13 82/15 88/16 99/5 99/6 100/8 100/20 101/9 101/14 101/17 101/23 102/7 103/7 103/10 103/23 104/3 105/14 105/17 106/2 107/8 21/9

next [6] 1/1 31/2 39/14 57/4

Nicorette [1] 48/23

nicotine [27] 40/17 50/19 59/9 59/11 59/19 60/18 61/1 61/13 61/14 61/16 61/19 61/22 62/21 63/1 63/15 69/23 70/8 70/17 70/20 71/6 71/8 71/19 72/3 72/9 62/18

nineteen [1] 14/5

no [65] 8/8 22/5 22/5 25/16 29/15 30/19 33/3 35/13 36/7 36/15 37/2 37/21 39/12 39/20 41/23 43/18 46/22 49/9 49/19 51/13 54/14 54/17 56/12 57/13 58/6 59/4 60/22 61/11 63/3 67/23 69/17 72/10 73/7 73/19 74/10 75/19 78/11 78/12 79/10 80/23 82/21 83/4 84/5 88/8 88/15 92/16 93/15 95/8 95/13 95/16 97/10 97/11 97/12 97/19 98/1 98/8 98/8 98/14 98/23 99/15 100/5 100/15 87/8

Nobody [1] 34/14 60/18

non [3] 3/7

non-hazardous [3] 25/6 53/11 71/22 54/23

Noonan [1]

normally [2] 7/19

not [117] 1/14 2/10 3/1

Notary [6] 106/17 107/8 106/7

noted [2] 7/15 7/22

notes [7] 24/18 24/21 25/2 25/12

nothing [6] 35/11 72/5 73/13 98/22

notice [1] 30/5 30/13

notified [2] 11/12 40/9

now [9] 1/16 53/11 90/17 92/1 96/7 102/19

number [20] 12/3 21/14 39/7 59/6 61/18 68/20 69/10 69/19 70/3 71/17 71/17 77/18 89/16 101/11 102/5 102/15 102/16 103/9 13/18

numbers [3] 11/11 19/15

nuts [5] 15/21 21/6

**O**

oath [2] 82/23 83/3 2/7 2/8

object [4] 14/11 8/5

Objection [18] 13/23 19/12 20/7 20/23 36/2 62/9 81/8 84/4 84/13 84/17 86/9 86/15 90/7 93/14 98/13

objections [6] 67/20 67/6 71/20 105/11

observed [1] 57/4 12/14

obviously [2] 40/9 32/9

occurred [4] 45/12

occurs [1] 6/12 6/19

October [2] 6/19

October 2009 [1] oe [1] 46/11 63/3 68/7

off [8] 47/6 17 85/6 88/13 88/15

offense [1] 48/21 17/6 84/5

offered [2] 1/11

offices [3] 5/8 36/20 78/3

Oh [4] 54/5 54/10 55/1

oil [4] 3/20 3/21

okay [14] 18/17 33/4 40/5 44/18 46/7 68/5 68/23 70/9 71/23

103/17

15/14 82/16 33/17 44/5 21/3

once [4] 1/9 4/4 5/21

one [36] 19/21 21/23 28/3 28/22 35/9 37/11 37/12 47/15 54/10 54/11 54/12 57/18 61/16 62/22 67/9 71/8 76/15 77/5 77/6 77/12 78/12 79/10 81/9 82/12 82/16 86/3 86/4 88/16 88/17 101/6 101/19 64/6 88/2

ones [2] 23/18 24/2

only [9] 17/7 67/5 69/17 86/14 87/9 99/5 38/2 64/17

open [9] 63/19 64/20 65/7 66/1 70/18 71/13 26/17

opened [7] 28/14 31/11 58/14 60/19 59/15

openers [1] 50/16

operating [4] 56/5 62/13

opportunity [3] 29/13

opposed [1] 34/8 13/23

option [1] 88/9

or Mr [1] 34/23 94/9

oral [1] 2/12 2/13

order [2] 23/6 98/12

original [6] 2/10 3/18

other [42] 6/16 24/10 25/15 25/16 51/12 53/7 53/8 53/19 55/5 58/19 59/12 62/23 63/14 66/18 69/4 69/4 69/14 69/15 70/5 70/16 71/5 71/9 71/10 71/16 71/17 72/22 85/20 87/23 90/11 93/18 94/15 96/3 97/8 98/9 100/4 1/3

others [1] 45/18

otherwise [1] 19/5

ounce [1] 20/22

our [9] 4/12 78/7 78/22 86/16 94/15 102/6

out [28] 16/7 17/21 18/1 19/5 23/3 25/21 26/16 27/5 30/1 30/6 30/13 30/20 33/9 33/10 43/1 51/8 67/10 72/19 78/23 80/8 94/12 96/17 97/20 27/18 2/6

outcome [1]

outset [1] 75/17 76/4

outside [4]

99/5 101/9

4/4 31/10 95/21 9/22 74/3 79/23 80/21

oversaw [2] 7/11

oversee [1] 90/20 16/3

overseeing [1] 52/14

oversees [1] 7/17 84/3

own [2] 98/21

owner [1]

**P**

p.m [2] 38/21 39/18 94/3

package [5] 97/17 97/18

packaged [5] 97/15 68/7 98/7 98/12

packaging [1] 6/13 65/16

page [31] 6/16 13/5 13/7 13/13 13/20 14/11 16/18 18/15 21/13 21/15 27/6 27/15 28/18 31/17 32/5 34/13 34/17 40/3 40/6 45/20 50/14 61/17 61/17 68/14 75/10 80/7 83/6 89/15 59/15

paint [1] 1/22

PAMELA [1] 1/3

paper [1] 30/6

paperwork [1] 83/7

paragraph [3] 2/6 4/19

part [3] 21/18 76/15 77/6 77/9 77/12 77/20 101/6 101/18 102/23 103/3

part-time [7] 76/15 77/20 101/6 101/18 103/3

part-timer [1] 77/9 68/21

participated [2] 48/22

particular [6] 36/15 99/9 99/14

particularly [1] 13/19

parties [5] 2/9 32/9 86/7

parts [1] 49/14 49/18

past [3] 51/6 51/18

patch [4] 49/20 49/7

patches [1] 1/7

PAUKSTELA [23] 1/5 15/4 15/17 17/1 17/8 20/14 20/15 23/9 23/10 24/8 24/20 25/4 25/9 25/23 25/13 29/20 30/2 31/5 32/7 73/4 96/12

pay [1]

66/22

people [11] 91 97/1 97/9 103/12 103/22 103/1 103/2 103/3 103/3 103/4 95/5

Pepsi [1] 15/20 76/13

per [3] 9/3 9/16

percent [6] 41/3 41/13 46/1

performance [1] 15/1

performed [1] 73/10

performer [1] 12/15

perhaps [3] 9/9 100/4

period [2] 76/13 6/1 91/1 78/22

personal [2] 55/10 89/14

personnel [6] 79/23 87/10

pertained [1] 20/17

pesticides [1] 59/15 89/19

pharmacy [3] 89/23

photo [1] 52/6

physical [1] 11 87/23

pick [3] 88/7

pick-up [1] 25/3 51/6 23

piece [4] 96/11

pizza [1] 10/11 27/1

place [5] 16/7 107/10 99/3

places [1] 19/5

placing [1] 1/17 3/7 105/3

Plaintiff [5] 10/2

Plaintiff's [13] 24/9 44/12 49/20 67/16 67/21 68/22 69/12 74/23 76/19 105/12 1/4

Plaintiffs [1] 5/17 7/17

plan [2] 94/2

plates [1] 9/9 20/18

play [5] 78/22 103/1 19/14 21/4

playing [3] 33/8

Please [1] 49/11 52/18

plenty [4] 1/17 8/10 10/7

point [10] 13/23 29/6 29/19 38/7 62/4 81/23 82/7 67/7

pointing [1] 7/9 86/5

points [2] 55/18

policies [3] 38/2 44/17

policy [49] 45/2 45/4 45/6 45/9 45/14 45/15 47/21 48/4 48/10 48/12 50/2 50/3 50/4

**P**

**policy [22]** 53/3 53/8 53/9
53/22 54/16 60/20
61/7 61/13 61/16
61/23 64/20 66/2
66/13 71/1 71/3 71/4
75/1 76/5 76/23
77/22 79/1 79/21
83/16 83/21 100/7
101/5 101/12 105/9
105/10 105/16
59/12
**pool [1]** 73/15 73/17
**poor [2]** 94/22
**popcorn [2]**
4/14
**position [1]** 8/1 52/7
74/4 77/15 80/9 83/12
92/10
15/13
**possible [2]**
55/10
**Possibly [1]** 79/22
**posted [3]**
94/21
**potatoes [1]** 69/20
**potential [1]** 97/16
97/23
97/23
**pre-done [1]**
**pre-packaged [1]**
93/15
**prepare [3]**
93/23
**prepared [6]** 96/4
96/5
93/12
**preparing [2]**
51/12 57/7
**present [4]**
54/10 56/11
**pretty [5]** 103/13
27/17
**previous [2]**
31/6
**previously [3]**
60/5 94/16
**price [2]** 98/4
**print [1]** 4/21 6/2
**prior [10]** 7/30 22/2
54/20 54/21 64/10
73/11 73/14
11/12
**probably [7]** 47/15
92/3 95/22 96/2
22/17
**problem [4]** 42/21
16/8
**problems [1]** 50/16
**procedure [5]** 63/2
60/6
**procedures [1]**
93/13
**process [16]** 42/18
47/19 52/2 52/4 77/23
82/1 82/9 89/16 90/8
90/18 97/9 98/6

42/19
**processed [5]** 61/3
60/11
**produce [2]** 24/21
**produced [2]**
51/17
**product [15]** 59/9
60/18 62/21 63/15
63/19 69/23 70/8
70/17 71/4 71/7 71/9
72/9
50/10
**products [11]** 59/9
61/15 61/19 61/22
63/2 71/19 72/4 97/5
101/1
15/16
**program [1]**
45/1
**progressed [1]**
**progressive [3]**
6/11 7/3
**promoted [2]** 51/2
**prompted [1]** /12
**proper [1]** 47/22
**properly [1]** 102/14
**proportion [1]** 42/9
**protection [4]** /16
22/10
**provide [6]** 62/13
83/21 84/8
2/6 2/12
**provided [8]** 83/9 85/3
85/11 90/16
61/21
**provides [1]** 74/19
**providing [1]**
**PT [1]** 1/14 2/10
**Public [6]** 106/17 107/8
42/7
**punishment [2]**
93/9
**purchase [3]**
93/15
**purchased [1]** 68/12
**purposes [1]** 74/2 74/4
**pushing [2]** 4/16 5/18
**put [9]** 47/18 52/3 94/8
98/4 98/4

---

**Q**

83/10
**quantity [1]** 2/8 3/15
**question [13]** 3/13 59/7
68/20 69/19 75/22
76/1 84/18 87/9 89/12
10/8
**questions [3]**
56/11
**quick [1]** 91/16 100/19
**quite [2]** 19/23 20/1
**quote [1]**

---

**R**

26/11 58/12
**raised [3]**
66/20
**raises [1]**
**ramifications [1]**
25/7
**rather [1]**

103/4
**ratio [1]** 10/14 12/8 26/17
88/9 96/18 97/18
98/7 105/5
10/14 12/8
**recap [3]**
26/17
**re-opened [2]**
96/18
**re-package [2]**
98/7
**re-packaged [1]**
59/20
**reach [1]**
**reactive [1]** 6/25
**read [6]** 45/15 45/17
106/6
25/2 25/6
**reading [2]** 12/14 13/8
**really [4]**
4/12 5/10
**reason [12]** 32/9
35/13 36/7 36/15 37/2
46/12 48/9 49/16
51/16 56/23 58/6
65/11 65/12
23/1
**reasons [2]**
1/6
**REBECCA [30]** 10/15 14/4
15/17 17/1 17/8 19/4
20/14 20/15 21/1 22/2
23/9 23/10 24/8 24/20
25/4 25/9 25/12 25/13
26/2 29/20 30/2 31/4
31/12 32/7 44/11
69/13 73/3
27/17
**Rebecca's [1]**
**recall [10]** 41/21 67/12
67/15 73/14 74/6
94/18
21/19
**recap [1]** 36/22
**receive [3]**
39/8
**received [5]** 77/12
78/20
68/9
**recess [1]** 26/6
**reclose [1]** 26/4
**reclosed [1]** 9/2
**recollection [12]** 26/11
26/23 27/22 30/17
69/3 73/11 77/8 104/1
3/16 8/17
**records [8]** 68/10 99/21
106/6 107/9
**recordkeeping [1]**
69/2 99/8
**records [5]** 97/7 100/2
11/5
**referenced [2]**
93/2
**referred [1]** 86/1
**referring [1]** 7/7
**refill [1]** 25/15
**reflected [3]**

103/1 103/4 37/24
**17/7** 27/22
**review [3]** 9/7 14/18
**regard [14]** 69/9
71/21 73/15 78/8
79/12 88/5 95/17
100/1 101/5 101/16
27/16
**regarding [4]** 8/21
102/6
**regional [1]** 94/4 96/12
**register [2]** 93/18
**registers [1]** 47/14
**regulation [3]** 9 46/19
**related [3]**
27/18
**relationship [1]** 28/17
**relevant [2]** 3/15
**relied [1]** 46/20
**remained [1]** 46/2
**remains [1]** 8/7
**remember [21]** /20
25/4 30/8 30/19 31/7
32/3 33/14 35/18
43/15 43/16 49/9
54/22 64/12 76/16
79/16 87/21 100/17
101/1
19/22
**remix [1]** 52/2
**removed [1]** 16/7
**rental [1]** 25/22
**reopened [2]**
82/16
**replace [1]** 7/16 10/12
**report [23]** 18/20 19/1
19/17 20/3 20/9 22/1
23/13 25/17 25/21
25/22 26/1 26/4 26/6
63/5 63/9 63/10 63/13
63/16 66/13
10/17
**reported [14]** 18/18
18/21 20/4 20/15
20/16 42/11 43/23
66/6 66/11 67/13
73/22
1/14 3/20
**reporter [3]**
66/21
**reporting [1]** 9/8
**reports [1]** 3/7
**represent [1]** 67/12
**Request [2]**
18/2
**requested [3]**
85/8
**require [1]** 40/16
**required [6]** 83/8 88/18
88/20
16/7
**requirements [1]** /12
**research [1]** 2/7 2/9
**reserved [2]** 1/23
**resource [1]** 53/17
**resources [5]** 60/10 61/12

2/5
**respective [1]** 49/21
**respectively [2]**
35/11
**response [6]** 69/1 69/21
71/20
67/21
**responses [3]**
**responsibilities [1]**
5/14
**responsibility [1]** 53/3
**responsible [2]**
101/8
**restrictions [1]** 45/17
**result [5]** 53/13
64/3
**resulting [1]** 10/12
**results [3]**
35/23
**retaliation [9]** 10 36/19
36/21 37/4 66/11
67/14
2/11 62/2
**return [2]** 34/23
**reverse [2]**
25/18
**review [1]** 9/4 68/17
**reviewed [2]** 30/17
**reviewing [2]**
51/23
**rid [1]** 2/7 6/9 11/6
**right [31]** 18 20/3 20/11
21/9 21/9 28/10 28/12
29/7 29/15 29/16 33/6
46/6 53/11 58/1 59/16
59/17 61/8 61/11
61/16 61/23 64/5 65/1
65/2 85/1 92/23 97/3
102/13
2/6 2/12
**rights [2]** 82/5
**ring [1]**
**rip [1]** 18/22
94/23
**room [1]**
**rotisserie [1]** 11/13
**Roughly [1]**
**routinely [1]** 59/13
**rubbing [1]** 2/3 2/14 3/18
**rule [3]** 2/6
**Rules [1]** 3/5
**run [1]** 1/6 1/10
**RYAN [9]** 3/6 11/1
14/19 104/7 106/12
16/1 18/1
**S**
**said [19]** 9 20/21
24/18 31/9 51/3 52/1
52/4 56/16 65/10
65/21 66/3 79/12
79/14 82/10 83/1
92/17
9/19 9/22
**salary [2]** 5/2 96/18
**sale [2]** 89/22
**sales [1]** 89/21
**Sam's [1]**

same [9] 91/2 90/18
95/19 101/5 106/9
107/12

Saratoga [1] 35/13
sarcastic [5] 57/2 58/5
58/20
satisfied [1] 9/4 37/15
saw [8] 31/5 52/23 63/18
63/18

say [13] 8/6 38/14 43/5
43/19 44/9 60/22
84/11 84/21 86/19
100/23

saying [4] 8/17
15/8 17/1
says [43] 19/20 21/8 23/2
27/16 32/6 33/8 35/6
36/5 36/9 39/20 41/7
45/16 45/23 51/10
57/3 57/14 60/2 61/7
61/18 61/23 69/21
70/5 75/13 75/14 77/5
77/15 77/18 77/21
77/22 80/8 83/3 83/23
85/4 85/16 87/2 89/6
90/8 90/13 101/21
102/20

scan [4] 50/23 52/8
52/6
scanned [7] 42/16
52/3 63/11
63/12 98/2
SCHAEFFER [20] 1/6
3/14 5/14 20/4
20/9 20/20 21/3 22/21
32/8 40/22 72/11
72/20 73/3 73/6 73/8
73/12 73/15 73/17
74/2
scooped [1] 94/12
1/12 1/18
second [10] 4/22 58/2
61/17 74/11 74/12
83/7
section [9] 32/10 51/5
84/20
86/13 89/6 91/20
93/12
see [40] 12/3 12/9
4/22 22/21
27/20 27/21 31/18
34/20 35/3 35/14
35/15 37/14 39/15
39/16 40/2 40/5 40/11
40/12 46/4 46/7 47/3
50/18 51/5 51/14
51/15 57/10 59/7 60/7
70/1 70/10 78/2 78/3
78/22 79/9 82/14
83/14 89/23 90/2
94/11
12/11 36/19
seeing [4]

43/16 79/10
58/20
seems [5] 46/11
14/6 77/17
35/20
seen [1] 97/13 97/22
sell [2] 7/17
send [1] 43/20
sending [1] 19/16 33/23
sent [8] 2/8 39/10 40/17
58/7 80/5
86/6
sentence [1] 66/15
separate [4] 41/4 4/11
75/7
September [11] 78/4
81/23 87/19 100/14
100/17 105/14 105/17
76/6
September of [4]
47/1 53/13
serious [3]
29/4
seriously [1] 3/13 95/14
served [2] 54/2
service [27] 8/5 80/4
80/8 80/20 81/11
82/11 82/20 83/22
84/5 84/7 85/11 85/14
86/8 86/14 86/16
86/20 87/3 87/6 87/12
87/23 88/14 90/5 90/9
90/15
85/3
services [2]
95/22
88/23
serving [2]
48/15
session [1] 65/3 87/17
set [5] 99/2
87/2 87/6
setting [2] 3/8 37/13
several [6] 5/19 12/2
69/2
8/11 12/21
sexual [12] 24/17
25/19 35/10 36/23
65/16 66/6 66/21
73/22
2/9 2/12 2/13
shall [4]
30/23
shared [1] 11/5 11/8
Shay [4] 1/20
11/9 11/10
she [76] 11/6 11/17
11/21 11/22 12/23
13/23 14/1 14/3 14/5
14/6 14/8 15/6 16/23
17/1 17/2 17/3 17/5
19/13 19/15 19/23
20/4 20/15 20/16
20/21 21/1 21/6 22/2
22/4 22/6 23/14
23/14 30/2 30/5 30/6
30/6 30/7 30/10 30/12
30/15 31/5 31/9 31/9

35/12 36/6 36/14
42/3 44/4 44/5 53/5
58/5 66/17 72/14 73/9
73/9 73/21 78/23 79/5
79/6 79/8 79/8 79/14
87/21 92/8 92/9 92/11
92/13
11/11 53/3
she's [2] 32/2
sheet [1] 32/8
Sheila [1] 60/5 97/20
shelf [5] 63/18 98/5
97/1 97/4
shelves [3]
15/10 15/12
shift [3]
53/5 62/1
ship [2] 53/4
shipped [1] 62/6
shirts [1] 15/8 17/1
SHM [2] 39/21
shoot [1] 1/14
Shorthand [2]
9/17 48/15
shortly [1] 86/7
shorts [1] 16/21
should [12] 31/17
51/10 60/3 61/5 62/3
73/23 81/9 87/3 101/3
10/5 27/13
show [8] 5/23 76/22
99/8 99/13 99/17
48/17
showed [1] 60/12
showing [3]
56/23 59/8
shows [2] 94/22
shrimp [1] 90/5
sign [1] 68/15
signature [1] 10/2
similar [3] 7/18
1/3
similarly [1] 66/7
simple [1]
simultaneously [1]
19/1 35/7
since [4] 1/22
37/11 48/21
single [6] 13 79/7
79/14
104/6
sir [1] 3/11 25/10
sit [3]
93/23
site [1] 1/3
situated [1] 51/12
situations [2]
58/8 92/3 92/17
six [3] 91/9
sixty [1] 45/19
skipping [1] 89/18 89/19
smock [2] 1/1 3/12
so [101] 19 5/16 5/21
6/9 7/12 8/13 8/21
9/12 10/16 11/17 13/3

13/19 14/18 15/3
16/20 20/6 21/11
26/1 26/3 26/15 26/17
26/19 27/4 28/10
28/19 29/4 30/9 30/21
31/19 32/13 32/17
33/8 34/3 34/7 35/18
37/12 39/19 42/22
42/21 43/19 44/7
45/10 45/13 45/20
47/12 47/19 49/2 49/3
50/7 51/21 51/21 53/7
55/20 56/13 58/8 60/9
60/17 62/11 62/18
63/14 68/2 68/3 68/4
69/9 70/4 72/13 73/1
73/5 73/20 75/20
76/17 80/11 81/5
82/12 83/1 84/5 85/17
86/13 90/14 90/16
91/14 92/20 93/16
94/16 95/9 96/10
97/15 98/14 100/23
101/16 102/9 102/20
102/23 103/6 103/14
95/11
soda [1] 95/4
sodas [1] 10/10
software [4] 33/1
85/10
soiling [1] 4/1
sold [1] 73/9
solid [1] 59/21
solids [1] 3/13 6/9
some [27] 10/18
10/19 10/19 12/17
14/14 14/14 15/18
16/16 39/18 47/5
60/14 61/14 63/5
64/20 66/12 69/21
71/20 82/6 82/7 85/8
94/18 96/16 100/14
16/21
somebody [2]
63/17
someone [3]
25/2
something [19] 60/11
74/9 80/4 7 85/21
96/17 100/7
93/2
sometimes [2]
8/21
somewhere [1] 28/15
soon [3]
6/18 20/11
sorry [4] 60/15
102/8
southern [1] 48/2
space [1] 3/19 48/8
speak [6] 7 82/4 85/8
85/7 85/8
special [4] 5
4/5 16/7
specific [11] 30/9 67/15
71/2 71/8 80/2 81/15

91/4
8/11
specifically [19] 46/22
48/23 64/12 69/9
72/10 73/13 73/16
74/20 76/16 78/8 79/3
80/1 84/22 87/13 91/3
8/18 8/22
spoke [6] 29/4 29/11
29/6
spoken [1] 59/14 59/14
spray [3]
106/2
ss [1] 19/22
stacking [1] 16/14
stain [1] 15/9 77/15
stand [2] 50/16
standard [8] 60/5
61/18 61/20 62/5 73/9
12/16
stapled [1] 55/15
start [1] 4/6 5/14
started [16] 12/2 34/19
13/7
starting [1] 34/21 34/22
starts [3]
1/1 1/15
state [18] 6/16 86/23
92/13 100/8 101/7
101/17 101/23 102/3
102/10 103/6 103/10
103/23 104/3 106/2
107/8
17/2 17/3
stated [9] 4/11 19/23
20/8 58/4 65/14 80/3
12/8
statement [22] 19/20
20/18 21/21 22/6 22/8
22/9 22/10 22/16
22/17 22/19 23/3 23/7
23/8 23/12 24/1 33/9
58/7 70/12
16/15
statements [5] 9 33/16
19/13
states [11] 21/2 21/5
23/5 39/6 44/6 46/23
71/21 83/7
17/20
stating [1] 42/20
station [1] 29/2 77/20
status [2] 47/13
statute [1] 17 5/11 5/16
step [6] 1 31/2
5/11
step-down [1] 38/11
Stephanie [3] 6 39/19
40/7 40/13 40/20
5/19
stepping [1] 10 45/19
steps [3]
1/11 1/17
Stewart [3] 11 12/23
still [8] 43/7 72/11
90/15 93/17 94/3
2/5 2/14
stipulated [2]

**S**

STIPULATIONS [1]
97/1
stock [1]
21/5 97/3
stocking [3]
62/11
stop [1]
4/13 4/15
store [62]
8/7 7/7 7/21
11/3 11/9 15/21 29/14
33/17 33/18 45/7 52/9
56/4 72/2 72/5 72/20
74/9 79/18 80/18 82/3
82/5 83/17 87/3 87/20
88/12 90/4 90/17
90/23 91/4 91/8 91/12
91/14 91/18 91/21
91/23 93/3 93/10 94/6
95/6 95/7 95/12 95/15
95/17 95/21 95/23
96/3 96/19 98/9 99/12
100/1 100/2 100/2
100/11 101/2 101/4
102/16 102/17 103/11
103/21
stores [11]
1/6 75/6
81/8 101/16 101/18
101/22 102/3 102/7
102/8 103/6 105/14
22/3
stories [1]
7/6
story [1]
1/12 1/18
Street [3]
2/8
strike [1]
34/18 35/1
string [2]
14/8 56/4
subject [3]
63/6
subjected [1]
18/5 33/7
submit [2]
23/22
substance [2]
21/21 27/12
substantiated [3]
98/17
Subway [3]
2/9 85/14
such [3]
39/22
suggest [1]
11/22
sum [1]
10/19
summary [3]
66/22
superiors [1]
9/18
supervisor [6]
72/9 73/8
74/6
supervisor's [1]
37/1
supervisors [2]
85/2 89/7
supplier [2]
48/14
support [1]
22/5
supporting [2]
36/12
suppose [1]
23/14
supposed [6]
27/3 27/11
101/18 101/19
SUPREME [1]
1/1

sure [31]
11/4 13/4 14/4
16/14 24/23 28/2
28/22 29/10 38/8
39/13 41/3 41/14 44/4
46/14 54/9 54/10
54/10 54/21 55/15
59/23 68/6 79/5 82/22
83/18 86/2 88/2 88/3
104/4
72/17
surrounding [1]
28/3
sworn [3]
100/4
system [6]
10/11 19/3
19/5 33/22
102/20

**T**
98/4
tag [1]
20/9 29/3
take [9]
35/18 56/10
59/5 91/10 94/8 96/16
20/4 43/3
taken [5]
54/17 107/9
64/22 65/6
talk [3]
65/4 87/15
talked [3]
96/14
talking [1]
22/23 45/21
talks [3]
95/14
tea [1]
81/21 89/21
team [2]
82/13
tear [1]
95/4
teas [1]
89/20
technician [6]
60/1 61/4
tell [5]
60/1 98/3
74/6
telling [1]
61/4 62/2
tells [2]
91/22
ten [1]
98/23
tenant [1]
93/22
tenders [2]
29/15 29/16
term [2]
51/1 52/8
terminal [7]
61/3 62/1
62/3
44/2
terminate [6]
65/13
68/22 69/11
39/10
terminated [15]
54/5
54/17 56/14 58/8 65/9
65/19 66/6 69/16
69/17 72/14 85/4
termination [24]
44/7
45/14 45/21 46/6 47/2
47/6 48/20 50/5 53/10
53/14 55/22 56/9
57/16 58/13 58/14
63/21 64/3 64/11
64/22 69/5 69/8
3/4 23/21
testified [3]
33/15
testifying [1]

testimony [10]
24/5 24/6 33/20 82/6
106/7
2/11 25/7
then [11]
31/16 53/7 69/4
69/14 70/15 72/22
92/21 96/21
27/8 33/20
thank [3]
that [487]
7/2 8/10
that's [18]
11/5 16/1
21/11 31/19 33/6
36/16 36/18 36/21
54/1 62/5 74/12 87/1
93/8 102/13
97/20
thaw [1]
15/11 17/4
their [20]
53/23 74/3 78/12
78/18 79/4 79/9 79/19
80/21 81/2 81/12
81/14 84/2 84/12 87/8
90/23 91/5 100/3
84/8
theirs [7]
72/2 7/23
them [29]
10/23 10/33 10/10
55/19 62/13 68/18
74/2 76/10 79/16
79/20 81/13 81/14
82/5 84/12 85/22
87/11 88/13 88/15
88/16 90/19 93/17
94/3 94/4 94/7 94/8
94/8 94/11
themselves [1]
85/22
then [40]
6/17 7/15 9/19
9/20 14/7 14/10 15/12
16/8 16/9 25/22 26/3
28/15 31/11 32/12
39/17 39/20 40/6
42/21 42/23 44/4 44/7
47/5 51/23 57/5 65/21
88/16 93/9 94/1 94/3
94/7 94/8 98/1 100/16
100/18 102/18 102/18
102/21
there [85]
5/22 8/2
8/13 11/10 11/10
11/11 11/12 11/13
11/16 11/21 11/21
11/22 12/7 15/18 16/8
20/5 20/17 22/5 24/15
24/15 26/1 26/10
31/17 31/21 31/22
32/1 32/8 33/11 42/5
42/17 42/20 45/17
48/2 49/2 52/5 52/10
54/4 54/8 56/15 57/6
58/12 60/4 60/9 63/5
63/14 63/16 68/14
71/20 77/17 78/11
79/7 79/13 79/13 80/2
80/12 80/17 82/6 85/6
85/6 85/20 85/21 87/9
88/4 89/15 91/17 92/1

testimony / this continued
92/2 92/3 92/11 92/17
93/21 94/14 95/2 95/4
94/5 97/20 98/19
95/21 97/11 97/21
101/22 102/3 102/19
104/2
11/5 12/3
there's [17]
38/22
39/18 39/20 43/19
50/9 67/23 86/4 94/10
94/10 96/6 96/7 101/7
103/6
2/13
thereby [1]
14/17
Therefore [2]
28/21 47/9
these [8]
10 68/17 74/4
82/2 85/11
7/15 7/23
they [71]
10/23 11
26/15 26/17 26/19
28/3 28/13 33/11 34/7
40/17 46/15 50/10
52/18 52/9 52/19
56/12 60/10 76/11
78/18 78/22 79/3 79/9
79/9 80/16 81/5 81/5
81/9 81/12 81/12
82/11 82/14 83/18
84/2 84/6 84/6 84/6
84/7 84/8 84/12 85/7
85/18 85/19 86/5 88/2
88/15 88/20 90/16
93/5 93/7 93/15 93/17
94/2 94/3 94/8 94/11
96/11 96/12 97/4
98/20 99/2 99/10
100/12 100/15 100/16
100/18 102/18 102/18
102/21
17/13
they're [6]
12 97/3
98/23 103/4
5/16 7/21
things [7]
18 58/18
59/16 94/12
11/6 12/21
think [27]
22 27/7 31/23
36/20 36/21 37/19
38/9 53/11 53/23 55/7
65/13 65/18 69/2 72/5
72/10 73/13 73/16
73/17 76/16 76/17
79/23 80/6 94/20
98/14
48/8
thinking [4]
10/23
third [1]
thirds [1]
this [133]
57/17
Thomas [2]
57/9
thoroughly [1]
22/21
those [22]
55/9 55/13
57/12 57/15 58/18
64/10 71/2 78/10
80/15 81/14 86/5

92/3 92/9 92/11 90/14
94/5 97/2 98/19
95/21 97/11 97/21
though [1]
56/8
thought [3]
102/12
thousand [2]
11/22 60/9
three [6]
8/9 103/21
103/22
43/1 52/6
threw [5]
35/17 71/4
3/12
through [13]
57/14 56/5
63/8 72/21 72/22
74/22 75/11 93/17
94/4 98/2
56/17
throughout [1]
51/2
throw [3]
54/18
throwing [7]
71/12 6
71/19 72/3 72/8
57/5 63/15
thrown [2]
16/19
Tiffany [1]
3/9 6/9 6/10
time [54]
6/13 8/16 9/9
9/15 25/5 25/9 29/10
29/19 30/10 30/18
31/2 35/20 38/14
38/20 38/23 43/13
46/17 48/8 52/23 54/9
55/12 55/16 62/20
65/3 71/9 71/10 76/14
76/15 77/6 77/6 77/12
77/19 77/20 81/23
82/7 87/20 100/4
100/14 101/6 101/6
101/17 101/18 102/23
102/23 103/2 103/3
104/5 106/7 107/10
77/9
timer [1]
63/14 70/16
times [5]
79/14 103/22
18/10 58/12
timing [2]
57/16
Tire [1]
15/5 15/8
title [4]
15/11
titles [1]
77/15 77/15
TLS [5]
86/6 86/14
25/10 26/22
today [3]
12/16
together [3]
41/1 41/14
told [6]
51/22 52/12
53/7
5/15 5/15
too [2]
5/23 9/12
took [13]
23/23/6
25/12 26/23 39/19
52/5 56/13 67/13 74/3
100/18
21/15 46/11
top [4]
50/21

# T

topic [2]
24/10

topics [1]
21/18 103/8

total [3]
7/19

touring [1]
40/6

toward [1]
9/20

toxic [1]
99/10

track [1]
51/1 57/9

trained [2]
48/15

training [12]
22/19 /11 50/8
52/13 52/18 53/17
56/2 56/6 56/16 61/21
106/9

transcript [2]
57/4 60/20

trash [6]
58/16 63/18 72/9
1/9 2/9

trial [2]
1/12 1/18

Troy [7]
5/15 6/18 6/20
7/4
19/22

truck [1]
41/6 65/23

true [6]
82/1 83/3 106/9
107/11

trumps [1]
45/15

try [2]
1/18 62/14
13/4 38/15

trying [3]
95/1
Tso's [1] 59/13

tubes [1]
84/22 86/6

turn [2]
9/20 14/1

turned [7]
41/14 42/21
53/1 78/12
82/19

turning [1]
12/11

turns [1]
62/17

twenty [6]
2/2 103/7
103/11 103/15
103/7

twenty-five [3]
10/23 11/12

two [22]
11/14 21/19
35/7 35/9 53/23 55/6
55/9 55/13 58/18
64/10 76/13 77/5 77/6
91/13 101/5 101/18
102/21 102/22 103/15
10/23
two-thirds [1] 10/18

type [9]
15/18 63/5
64/20 66/12 95/18
96/16
24/16 33/22

typical [3]

---

# U

35/2
Uh [1]
35/2
Uh-huh [1] 98/7
un [2]
97/17
un-package [1]
98/7
un-packaged [4]
unable [1]
46/2
unacceptable [3]

---

46/20

uncorrected [1]
14 28/7

unconsciole [2]
66/13 64/14

66/12 75/20 77/22
80/9 82/23 83/3 83/5
86/5 89/5 90/8 90/14
77/14

underneath [3]
3/15

understand [6]
17 60/23
96/6

understanding [16]
18/12 23/17 26/10
46/18 66/11 74/16
75/23 76/5 76/8 79/2
93/21 97/4 103/19
65/8 65/10

unfair [1]
39/8
Unfortunately [1]
unfounded [1] 58/1
unfrozen [1]
Unidentified [1]
2/6 75/14

uniform [23] 75/21
76/23 77/23 82/19
83/8 83/9 83/11 84/3
84/10 84/22 86/6 89/5
90/5 90/8 90/15 100/3
100/7 101/13 105/16
74/13

uniforms [14] 83/6
83/10 83/13 84/1
84/20 85/3 86/11
88/19 99/8 99/17
59/20

universal [1] 60/13
unknown [1]
3/18 86/3
unless [3]
54/3 55/4

unloader [3]
48/18

unloaders [1]
unsubstantiated [2]
51/6

unwrapped [2]
5/17 13/4
16/5 19/20
23/13 23/18 24/2 24/3
26/21 31/2 31/11
36/16 39/6 39/10
39/13 40/9 40/14
40/19 41/8 42/7 42/16
48/20 58/15 62/5 65/3
65/15 65/21 67/2 87/2
87/6 87/11 87/17
87/23 88/7 90/21 94/9
96/18 98/11 99/2
102/5
53/15

upon [1]
29/12 29/15
upset [5]
32/21 33/7 69/1
us [5]
10/2 74/22
10/15 60/2
use [6]
18/5 84/7 85/13
36/20 48/23

used [7]

---

49/3 52/8 77/23 82/10
82/12
13/11 38/5

using [6]
10 61/12 62/3
7/18

usually [1]

---

# V

72/6
various [1]
/19
vary [1]
62/2
vendor [1] 35/13 36/7
verbally [5]
58/6
25/6

Verbiage [1] 67/23
verification [2]
68/18

verified [1] 57/6
verifying [1]
18 56/3
very [3]
75/18 75/19

vest [35]
12 77/23
78/12 78/21 78/22
78/23 79/4 79/10
79/10 79/15 79/9
80/4 80/21 81/5 82/8
82/8 82/13 82/15
83/9 84/23 85/15
87/8 88/7 89/2 89/22
90/3 90/23 91/5
100/5 100/23 101/3
101/19
74/19 74/20

vests [23] 76/12 77/9
78/5 78/9 78/18 78/20
81/14 82/2 87/7 87/11
87/13 88/13 89/9
90/14 90/17 100/6
100/10 101/5 101/18
39/7

via [1]
43/5 43/6
video [6] 14 43/15
43/19
43/13

viewed [1]
47/17
violate [1]
48/4
violated [2]
53/21

violating [2]
44/6

violation [6] 56/8 57/7
70/23
53/8

violations [4] /23
vision [1]
4/19
voluntary [1]

---

# W

2/14
waived [1]
2/9 2/12
waiver [2]
70/6
waiving [1] 6 3/8 4/1
WAL [59]
/21 4/23 5/2
6/2 6/5 6/6 6/16 6/18
6/20 6/21 7/2 7/6
10/11 13/12 17/22
33/1 33/22 38/3 44/21
47/21 52/9 52/20
53/20 63/4 66/13

---

70/23 71/18 71/21
76/23 77/12 75/5 78/5
90/4 92/8 92/15 92/23
96/3 96/7 96/15 96/15
96/16 98/9 98/16
98/22 99/2 99/7 99/16
100/6 104/2 105/5
1/6
33/8

WAL-MART [53]
4/23 5/2 6/2 6/6 6/16
6/18 6/20 7/2 7/6
10/11 13/12 17/22
33/1 33/22 38/3 47/21
52/9 52/20 53/20 63/4
66/13 70/23 71/18
71/21 72/12 75/5 78/5
83/16 88/12 89/18
90/4 92/8 92/15 92/23
96/3 96/15 96/16
96/16 98/9 98/16
100/6 104/2 105/5
105/13
44/21

Wal-Mart's [1] 6/3 6/21
WalMart's [5]
7/19 7/20
walk [2]
5/10 8/13
want [5]
10/16 94/3
68/5 85/18

wanted [2] 55/21
warning [1] 47/6 49/19
warrant [1]
4/7
was [242]
78/5 85/3

was the [1]
89/17 89/10
wash [1]
90/4 90/12
78/12

washed [7] 79/4
85/19 85/19 87/9
87/7 82/2

washing [5]
24/15 49/2
wasn't [6] 74/8 79/7
42/17

waste [18] 10 48/19
50/3 51/4 52/4 53/9
53/21 57/6 59/5 59/8
59/9 59/20 60/13
60/15 66/17 105/10
10/8 10/23

way [9] 9/20 20/8
39/21 62/22 96/20
99/1

we [72]
3/10 3/16 3/19
20/7 21/10 10/15
12/1 12/15 13/13
13/20 21/13 28/6 33/3
33/5 33/7 33/9 34/12
34/17 40/6 42/18 43/2
43/5 44/5 44/9 44/10
45/8 45/16 45/20 46/2
48/1 48/15 50/4 52/1
52/3 55/18 56/5 56/19

---

58/1 58/2 58/23 62/13

62/14 63/8 63/19
68/11 68/11 68/14 69/2
69/19 75/13 76/10
78/20 83/18 83/21
83/21 84/5 84/7 87/11
88/16 89/15 93/16
93/16 94/2 94/3 94/7
94/8 94/22 96/9 97/10
97/20 102/19

we'll [1]
13/4 68/10
we're [2]
31/22 33/17
we've [5]
22/9 78/6
76/3 76/4
wear [17] 21 81/6 83/8
85/4 85/18 89/2 89/6
89/8 89/10 89/17 90/5
90/12 90/14 90/15
101/3
wearing [1]
87/18
Wednesday [1]
4/7 100/4
week [2]
63/7 78/10
weekly [1]
9/11 35/7
weeks [2] 8/15 14/11
well [25]
22/14 25/7 28/6 32/21
38/19 45/3 47/11 48/9
60/14 60/23 62/4 65/6
66/10 70/14 89/5
90/13 95/3 96/6 96/9
101/10
5/22 6/13
went [12] 9/19 9/19
15/12 15/23 29/13
56/5 74/7 76/17
4/22 5/1 5/4
were [49] 6 15/2 16/3
17/17 19/22 25/1
25/18 28/17 28/21
28/23 29/12 35/16
46/15 49/5 49/7 49/20
50/10 52/18 53/9
53/14 55/22 56/15
56/16 69/5 73/6 74/5
74/7 74/23 76/14
76/15 79/13 79/18
81/18 82/13 85/18
85/23 88/4 92/2 92/13
94/19 95/2 95/4 99/14
102/19
79/12

weren't [1] 3/22 4/12
what [95]
11/14 15/9 15/15 16/1
16/10 17/13 18/9 20/2
21/11 22/4 22/7 23/5
23/11 23/20 24/2
24/18 25/6 25/15
25/16 27/13 29/19
29/23 30/8 31/1 32/19
33/7 35/22 36/18 37/7
39/18 40/13 40/19
41/14 41/16 42/3 43/1
43/23 44/15 45/2

**W**

**what [59]** 47/8 48/10
48/14 48/19 49/23
50/2 50/21 53/7 53/8
53/14 55/18 55/20
55/22 58/16 61/3
61/13 62/12 63/20
65/1 66/4 66/8 66/21
67/19 69/4 69/6 69/14
70/4 70/15 70/16
71/14 72/16 74/16
74/18 75/3 75/4 76/5
77/15 77/21 78/17
84/18 87/17 92/10
94/18 96/23 99/19
101/21 102/18 103/18
62/4 67/5

**what's [3]**
37/10

**whatever [2]**

**when [61]** 4/15 5/18
9/17 9/7 9/21
11/10 11/21 12/15
17/5 18/10 19/21
20/15 22/23 23/12
23/21 26/5 26/23 27/4
27/23 28/3 28/4 28/11
29/19 30/1 30/5 30/21
31/15 31/19 32/13
35/19 42/15 43/5
43/13 43/19 44/9
45/1 52/3 52/9 52/23
53/12 55/20 58/14
65/17 65/20 67/10
73/20 78/20 82/23
92/1 92/2 92/3 92/11
93/16 94/9 95/21 97/3
101/10 102/18 102/19
28/5

**Whenever [1]** 6/5
**where [28]** 31/8 38/14
39/14 46/1 46/5 48/16
52/15 55/10 60/22
64/21 70/2 71/3 78/3
79/14 82/11 84/21
86/19 90/11 95/7
95/23 96/4 96/16 97/8
98/10
104/7

**Whereupon [1]** 2/12
**whether [25]** 24/7
24/11 24/12 24/20
25/11 25/12 31/5 37/2
40/22 43/9 46/8 50/9
52/14 52/20 55/19
55/21 60/10 63/10
73/23 79/17 99/7
99/16
8/9 13/20

**which [29]** 20/20 22/6
31/9 40/3 45/9 47/9
56/20 57/5 57/8 57/16
57/18 58/4 59/19
61/17 67/20 69/2 83/6
86/2 87/10 87/21 88/2
96/11 99/17 100/3

100/11
11/12 21/5
**while [6]** 9/11 87/9
100/19
37/19
**whiner [1]** 14/10
**White [18]** 19/10
20/20 22/6 22/13 23/7
23/11 24/1 24/3 24/4
24/9 24/11 24/22
25/14 32/7 35/11
19/19
**White's [2]**

5/17 9/19
**who [25]** 13/21 16/19
16/21 20/12 23/6 42/8
42/22 43/20 44/9 55/1
55/8 64/6 68/21 69/10
71/18 78/6 80/8 82/13
87/15 91/4 98/19
57/16
**Whoever [1]** 16/4 56/17
**whole [3]**
2/11
**whom [1]** 57/15
**whose [1]** 16/13 17/5
**why [12]** 22/2 22/23
23/1 23/23 31/20 32/9
51/21 56/23
100/21
**wide [3]** 101/1
3/10 10/7 10/8
**will [9]** 45/16 83/9
83/10 89/7 94/2
48/4
**willfully [1]** 8/18 9/13
**William [4]**
54/2
**windshield [1]** 7/21
**wings [1]** 54/2
**wiper [1]** 60/6
**wire [1]** 2/15 26/16
**without [9]** 57/6 61/10
61/12 70/6 79/10
2/10 2/15
**witness [9]** 7/3 18/13
22/10 33/9 45/22
22/13
**witnessed [3]**
10/6 39/22
**won't [2]** 36/20 48/22
**word [2]** 37/10 49/3
**words [4]** 23
6/3 6/5 6/20
**work [15]** 4 72/11 74/5
75/17 76/3 76/11 91/7
91/20 96/1 98/20
103/15
6/6 52/15
**worked [8]** 92/8 95/21
95/21 99/6
52/15
**workers [2]**
5/15 52/9
**working [8]** 75/16 83/8
88/23 103/4
37/16
**workload [1]**

16/22
**works [1]** 75/16 75/17
30/22
**worse [5]** 35/12 36/6
31/1 58/5
**would [121]** 29/17
**wouldn't [6]** 62/22
63/19 84/11
13/15 23/12
**write [4]** 84/2
13/15
**write-up [1]** 28/20
**writes [1]** 7/18 24/3
**writing [6]** 81 88/12
91/4
17/21
**written [14]** 20/2
22/17 44/22 44/22
44/23 58/2 61/3 62/5
79/21 88/4 101/12
13/3
**wrong [1]** 21/1 23/13
**wrote [2]**

**Y**
8/15 12/23
**yeah [11]** 22 62/18
66/14 76/2 79/5 90/20
101/2 101/2
4/4 100/11
**year [2]** 5/3 5/9 11/12
**years [6]** 17 62/19
4/11 4/20
**yes [104]** 4/6 4/11 6/17
6/22 8/4 8/20 10/14
10/21 12/4 12/10
12/19 13/23 15/6 16/2
17/19 18/20 18/23
19/4 20/2 21/10 21/23
23/5 24/19 29/9 31/7
31/9 34/6 34/8 38/22
39/4 41/20 42/13
44/20 45/5 47/4 47/8
48/1 48/13 50/20 51/9
51/11 52/13 57/2
57/11 58/7 58/15
58/22 60/8 60/12
60/16 62/19 63/8 64/4
64/8 64/23 65/3 65/10
68/16 68/19 70/11
70/13 75/9 75/12 76/9
77/3 77/7 78/3 80/19
81/4 81/7 81/9 81/19
82/17 83/15 83/20
83/21 84/16 86/22
87/14 88/10 88/20
90/21 91/6 91/19
92/7 92/9 93/7 93/11
95/19 96/13 97/1 97/7
97/14 98/18 99/4
99/20 101/21 103/12
103/13 103/20
1/1 1/12
**YORK [23]** 75/6 77/1
99/5 99/6 100/9
100/21 101/9 101/14
101/17 101/23 102/7
103/7 103/10 103/23

104/3 105/14 105/17
106/21 107/8
**you [335]** 12/5 25/2
**you're [10]** 39/21 52/10
62/6 67/7 80/7 90/17
53/7 55/6
**you've [4]**
3/17 3/22
**your [60]** 8/1 9/2 10/8
10/23 11/6 13/2 14/13
14/23 15/5 16/18
17/7 18/9 26/10 27/6
27/22 31/1 33/20 38/6
43/12 44/1 46/1 46/2
46/23 47/2 47/14 48/2
48/14 52/7 57/12
58/11 58/16 58/20
62/0 63/20 66/10
66/22 68/15 69/3 69/3
72/22 73/22 74/16
76/5 76/17 77/8 79/2
79/15 80/3 87/3 89/14
97/13 100/2 102/21
102/23 104/1 104/5
3/9 43/17
**yourself [3]**
11/2 11/7 46/7
**Yup [3]**

**Z**
18/22
**zone [1]**